UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | SACV12-1644-CAS (VBKx) | Date | March 4, 2013 |
|---|---|---|---|

| Title | *SHAWN ROBERTS; ET AL. v. ELECTROLUX HOME PRODUCTS, INC.* |
|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Anne Kielwasser | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Gretchen Nelson | Adina Witzling |
| Edward Wallace | Michael Williams |
| Gregory Coleman | |

**Proceedings:** PLAINTIFFS' MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER APOINTING INTERIM CO-LEAD COUNSEL PURSUANT TO FRCP 23(g) (Filed February 13, 2013)

Hearing held and counsel are present. The Court confers with counsel regarding the above-referenced motion. The Court grants the above-referenced motion. The Court will issue plaintiffs' proposed order forthwith.

|  | 00 | : | 02 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |