1  GRETCHEN M. NELSON (112566)
2  Email: gnelson@kreindler.com
   **KREINDLER & KREINDLER LLP**
3  707 Wilshire Boulevard, Suite 4100
4  Los Angeles, CA 90017-3613
   Telephone: (213) 622-6469
5  Facsimile: (213) 622-6019

6
   *[Additional counsel appear on signature page]*
7

8
                IN THE UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10                        WESTERN DIVISION

11
| SHAWN ROBERTS, *et al.*, on behalf of themselves and all others similarly situated, | Master File No. SACV12-1644-CAS(VBKx) |
|---|---|
| Plaintiffs, | CLASS ACTION |
| v. | **NOTICE OF WITHDRAWAL OF NAMED PLAINTIFFS SHAWN ROBERTS AND NICOLE HORTON** |
| ELECTROLUX HOME PRODUCTS, INC. | The Honorable Christina A. Snyder |
| Defendant. | |
| This Document Relates to All Actions | |

Plaintiffs Shawn Roberts ("Roberts") and Nicole Horton ("Horton") hereby give notice that they are withdrawing as named Plaintiffs in this Action. Mr. Roberts and Ms. Horton will continue to participate as unnamed class members in this putative class action.

Dated: May 20, 2013

//s// Gretchen M. Nelson
GRETCHEN M. NELSON
**KREINDLER & KREINDLER LLP**
gnelsen@kreindler.com
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

EDWARD A. WALLACE
AMY E. KELLER
DAWN M. GOULET
**WEXLER WALLACE LLP**
eaw@wexlerwallace.com
aek@wexlerwallace.com
dmg@wexlerwallace.com
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

ERIN DICKINSON
CHARLES CRUEGER
**HANSEN REYNOLDS DICKINSON CRUEGER LLC**
edickinson@hrdclaw.com
ccrueger@hrdclaw.com
316 North Milwaukee Street, Suite 200
Milwaukee, Wisconsin 53202
Telephone: (414) 455-7676
Facsimile: (414) 273-8476

GREGORY F. COLEMAN
MARK E. SILVEY
**GREG COLEMAN LAW PC**
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com
Bank of America Center
550 Main Avenue, Suite 600
Knoxville, Tennessee 37902
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

*Attorneys for the Plaintiffs and the Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2013, I caused a true and correct copy of the foregoing to be served via electronic and U.S. Mail on the following counsel of record:

Adina L. Witzling
*Manatt Phelps and Phillips LLP*
695 Town Center Drive 14th Floor
Costa Mesa, CA 92626
(714) 371-2500
Fax: (714) 371-2550
awitzling@manatt.com

Dean J. Zipser
*Manatt Phelps and Phillips LLP*
695 Town Center Driver 14th Floor
Costa Mesa, CA 92626
(714) 371-2500
Fax: (714) 371-2550
dzipser@manatt.com

Michael T. Williams
*Wheeler Trigg O'Donnell LLP*
370 Seventeenth Street Suite 4500
Denver, CO 80202
(303) 244-1800
Fax: (303) 244-1879
williams@wtotrial.com

Jessica G. Scott
*Wheeler Trigg O'Donnell LLP*
370 Seventeenth Street Suite 4500
Denver, CO 80202
(303) 244-1800
Fax: (303) 244-1879
scott@wtotrial.com

Kenneth E. Stalzer
*Wheeler Trigg O'Donnell LLP*
370 Seventeenth Street Suite 4500
Denver, CO 80202
(303) 244-1800
Fax: (303) 244-1879
stalzer@wtotrial.com

                                              //s// Gretchen M. Nelson
                                              Gretchen M. Nelson