1  GRETCHEN M. NELSON (112566)
2  Email: gnelson@kreindler.com
   **KREINDLER & KREINDLER LLP**
3  707 Wilshire Boulevard, Suite 4100
4  Los Angeles, CA 90017-3613
   Telephone: (213) 622-6469
5  Facsimile: (213) 622-6019

6
   [*Additional counsel appear on signature page*]
7

8
                    IN THE UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10                            WESTERN DIVISION

| | |
|---|---|
| SHAWN ROBERTS, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.<br><br>Defendant. | Master File No. SACV12-1644-CAS (VBKx)<br>**CLASS ACTION**<br>**NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION TESTIMONY OF DEFENDANT'S FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6) DEPONENT(S)**<br>**[Local Rule 37-1]**<br><br>**The Honorable Victor B. Kenton**<br>**Date: July 23, 2013**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 590**<br><br>**Plaintiffs' Rule 26(a)(2) Expert Disclosures Due: September 27, 2013**<br>**Motion for Class Certification Deadline: December 20, 2013**<br>**Discovery Cut-Off: Not set**<br>**Final Pre-Trial Conference: Not Set**<br>**Trial: Not Set** |
| This Document Relates to All Actions | |

**NOTICE OF HEARING ON JT. STIPULATION RE PLAINTIFFS' MOTION TO COMPEL THE DEPOSITION TESTIMONY OF DEFENDANTS' F.R.CIV.P. 30(B)(6) DEPONENTS**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 23, 2013 at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 590 of the United States District Court, Central District of California, Western Division, located at the Royal Federal Building, 255 East Temple Street, Los Angeles, California, Plaintiffs will and hereby move to compel the deposition testimony of Defendant's Federal Rule of Civil Procedure 30(B)(6) deponent(s) pursuant to Federal Rule of Civil Procedure Rule 37 and Local Rule 37-1.

This Motion is based on this Notice of Motion and the Joint Stipulation on Plaintiffs' Motion to Compel the Deposition Testimony of Defendant's Federal Rule of Civil Procedure 30(b)(6) Deponent(s), the Declaration of Erin Dickinson in Support of Plaintiffs' Position and the Exhibits thereto, the Declaration of Michael T. Williams in Support of Joint Stipulation Regarding Electrolux's Opposition to Plaintiffs' Motion to Compel Federal Rule of Civil Procedure 30(b)(6) Deposition and the Exhibits thereto, the Declaration of Sharon A. Luarde in Support of Joint Stipulation Regarding Electrolux's Opposition to Plaintiffs' Motion to Compel Federal Rule of Civil Procedure 30(b)(6) Deposition, and upon any other briefing evidence or oral argument as the Court may consider in connection with this Motion.

Dated: July 2, 2013                          Respectfully submitted,

                                             By //s// Gretchen M. Nelson
                                             GRETCHEN M. NELSON
                                             **KREINDLER & KREINDLER LLP**
                                             gnelsen@kreindler.com
                                             707 Wilshire Boulevard
                                             Los Angeles, California 90017
                                             Telephone: (213) 622-6469
                                             Facsimile: (213) 622-6019

**NOTICE OF MOTON AND MOTION TO COMPEL FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6) DEPOSITION TESTIMONY**

EDWARD A. WALLACE
AMY E. KELLER
DAWN M. GOULET
**WEXLER WALLACE LLP**
eaw@wexlerwallace.com
aek@wexlerwallace.com
dmg@wexlerwallace.com
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

ERIN DICKINSON
CHARLES CRUEGER
**HANSEN REYNOLDS DICKINSON CRUEGER LLC**
edickinson@hrdclaw.com
ccrueger@hrdclaw.com
316 North Milwaukee Street, Suite 200
Milwaukee, Wisconsin 53202
Telephone: (414) 455-7676
Facsimile: (414) 273-8476

GREGORY F. COLEMAN
MARK E. SILVEY
**GREG COLEMAN LAW PC**
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com
Bank of America Center
550 Main Avenue, Suite 600
Knoxville, Tennessee 37902
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

*Attorneys for the Plaintiffs and the Classes*