Gretchen M. Nelson (112566)
gnelson@kreindler.com
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100
Los Angeles, CA 90017-3613
Telephone: 213-622-6469
Telecopier: 213-622-6019
*Attorneys for Plaintiffs*

[Additional counsel for Plaintiffs on signature page of Joint Stipulation]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SHAWN ROBERTS, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> ELECTROLUX HOME PRODUCTS, INC. <br><br> Defendant. | Master File No. SACV12-01644-CAS-(VBKx) <br><br> **CLASS ACTION** <br><br> **DISCOVERY MATTER** <br><br> **DECLARATION OF CHARLES CRUEGER IN SUPPORT OF JOINT STIPULATION REGARDING THE RETURN OR DESTRUCTION OF INADVERTENTLY PRODUCED DOCUMENTS** (REDACTED) <br><br> The Honorable Christina A. Snyder <br><br> Date: August 20, 2013 <br> Time: 10:00 a.m. <br> Place Courtroom 590 <br><br> Discovery Cut-Off: Not set <br> Final Pre-Trial Conference: Not set <br> Trial: Not Set |

This Document Relates to All Actions

---

DECLARATION OF CHARLES CRUEGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO JOINT STIPULATION REGARDING THE RETURN OF DESTRUCTION OF INADVERTENTLY PRODUCED PRIVILEGED DOCUMENTS

I, Charles Crueger, declare and state as follows:

1. I am an attorney with the law firm of Hansen Reynolds Dickinson Crueger LLC and am one of the attorneys representing Plaintiffs and the proposed Class in the above captioned case. I have been admitted to practice pro hac vice in this matter. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion seeking the return or destruction of allegedly inadvertently produced privileged documents as set forth in Plaintiffs' Statements in the Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Privileged Documents (Filed Under Seal).

2. I have personal knowledge of the facts set forth herein and if called to testify I could and would do so competently.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the June 18, 2013 Deposition of James Allison taken in this matter.

4. Lodged under seal as **Exhibit 2** is a true and correct copy of Design FMECA produced by General Electric pursuant to a subpoena issued in this case and designated as General Electric 000171: Confidential to Protective Order.

5. Lodged under seal as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the March 14, 2013 Deposition of Brian D. Ripley taken in this matter.

6. Lodged under seal as **Exhibit 4** is a true and correct copy of an email from Mike Ricklefs to Carl D. King on July 13, 2009 designated by defendants as confidential under the protective order and bates numbered EHP_HUM_00210977.

7. Lodged under seal as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the March 26, 2013 Deposition of Carl D. King taken in this matter.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from Defendant's Responses to Plaintiffs' First Set of Requests for Production in this matter.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Electrolux Home Products, Inc.'s Initial Rule 26(a)(1) Disclosures in <u>Humphrey v. Electrolux Home Products to Electrolux Home Products</u> (in Case Number 4:12-CV-157-DPM). That case has been consolidated into Civil Action No. SACV 12-1644 CAS (VBKx) for purposes of pretrial and discovery proceedings before this Court.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from Defendant's Responses to Plaintiffs' First Set of Interrogatories in this matter.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed this 18th day of July, 2013, at Milwaukee, Wisconsin

_____
Charles Crueger

DECLARATION OF CHARLES CRUEGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO JOINT STIPULATION REGARDING THE RETURN OF DESTRUCTION OF INADVERTENTLY PRODUCED PRIVILEGED DOCUMENTS