# EXHIBIT 1

Declaration of Charles Crueger in Support of Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Documents (Filed Under Seal)

*Roberts, et al. v. Electrolux Home Products, Inc.*
Case No.: 8:12-cv-01644-CAS-VBKx

James Allison
June 18, 2013

Page 1

1      UNITED STATES DISTRICT COURT
       CENTRAL DISTRICT OF CALIFORNIA
2

3  SHAWN ROBERTS, et al.;   |Master file No. SACV12-
                            |1644-CAS(VBKx)
4          Plaintiffs,      |
                            |
5     v.                    |CLASS ACTION
                            |
6  ELECTROLUX HOME          |The Honorable
   PRODUCTS, INC.,          |Christina A. Snyder
7                           |
           Defendant.       |
8  _____  |
   This Document Relates    |
9  to: All Actions          |
   _____  |
10       IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
11               WESTERN DIVISION

12  TAMMIE HUMPHREY,
    on behalf of herself and
13  all others similarly
    situated,                Case No. 4:12-CV-
14                           00157 DPM
            Plaintiff,
15
       v.                    Honorable D.P.
16                           Marshall, Jr.

17  ELECTROLUX HOME
    PRODUCTS, INC.,
18          Defendant.

19

20  DEPONENT: JAMES ALLISON

21  DATE: JUNE 18, 2013

22  REPORTER: LINDA L. TAYLOR, CCR-KY

23

24       TAYLOR COURT REPORTING KENTUCKY
       2901 SIX MILE LANE LOUISVILLE, KY
25          LOUISVILLE, KENTUCKY 40220

Taylor Court Reporting Kentucky
(502) 671-8110

**EXHIBIT 1 - 00001**

James Allison
June 18, 2013

### Page 53

1 A. The name sounds familiar. I know
2 the name. I believe he was a GE engineer.
3 Q. Well, I want your best -- you know,
4 based on your own personal knowledge. That's a
5 fine answer. If you don't know the question,
6 always feel free, if that's your answer, to give
7 that answer.
8 Have you reviewed any reports from
9 any source about Electrolux dryer fires that
10 were being manufactured for GE? In other words,
11 are you aware of any fire issues with respect to
12 the Electrolux dryers that were being
13 manufactured for GE?
14 A. No, I'm not aware of those or any.
15 Q. Were you ever involved with GE in
16 any discussions with Electrolux about dryer
17 fires?
18 A. Could you restate that again,
19 please?
20 Q. Okay. While you were working for
21 GE, and during the time period that Electrolux
22 was making dryers for GE, did you have any
23 discussions or meetings with Electrolux
24 regarding dryer fires?
25 A. No.

### Page 54

1 Q. Would that have been something you
2 would have been involved in if there were
3 meetings with -- between GE and Electrolux?
4 A. I would have thought I would have
5 at least been aware of them. I may not have
6 been in the meeting, but I would be aware of the
7 meetings.
8 Q. Okay. And do I take your -- your
9 testimony to be that you're not even aware of
10 any meetings, whether you would have attended
11 them or not?
12 A. I do not recall any meetings.
13 Q. And for the record, when you say
14 you "don't recall any meetings," you don't
15 recall any meetings with respect to dryer fires
16 as it relates to the Electrolux dryers they were
17 manufacturing for GE?
18 A. Correct.
19 Q. Do you know what AHAM, A-H-A-M, is?
20 A. Yes.
21 Q. Can you just tell us for the
22 record?
23 A. Association of Home Appliance
24 Manufacturers.
25 Q. Right.

### Page 55

1 Have -- are you aware of any
2 meetings or discussions between GE and
3 Electrolux with AHAM about dryer fires?
4 A. No.
5 Q. Have you ever seen or heard of
6 any -- I'm going to ask it a little differently
7 now. Have you ever seen or heard about any
8 reports from the CPSC about dryer fires in the
9 industry, whether it's an Electrolux dryer, a GE
10 dryer, a Whirlpool dryer, any dryer?
11 MR. GOWEN: Objection. Beyond the
12 scope of the Notice.
13 Q. You can answer.
14 A. I have heard there are some CPSC
15 documents relative to dryer fires. I haven't
16 personally seen them.
17 MR. GOWEN: Are you at a good
18 stopping place?
19 MR. COLEMAN: Yeah, let's take a
20 break. Again, my purpose is not to make this a
21 marathon even though it may be.
22 THE VIDEOGRAPHER: Please stand by.
23 * * *
24 (Off the record.)
25 * * *

### Page 56

1 THE VIDEOGRAPHER: We're back on
2 the record.
3
4 * * *
5 CONTINUING EXAMINATION
6 BY MR. COLEMAN:
7 Q. Mr. Allison, I want to talk to you
8 now about, as we were discussing right before
9 our break, the Electrolux dryers specifically
10 that GE was using to brand and sell to the
11 public.
12 Do you recall when Electrolux first
13 started manufacturing dryers for GE? Again, I'm
14 not wanting the day and month, but do you recall
15 approximately the year?
16 A. No. It was the late '90s, I
17 believe, but I don't know the year.
18 Q. Do you know what the dryer platform
19 was? By that, I mean ball hitch versus bulkhead
20 or some other design. Do you remember the
21 design platform of the dryers?
22 A. I believe it was referred to as the
23 ball hitch design, which refers to how the drum
24 attaches at the back of the unit.
25 Q. Did you have, personally, any

14 (Pages 53 to 56)

Taylor Court Reporting Kentucky
(502) 671-8110

EXHIBIT 1 - 00002

James Allison
June 18, 2013

### Page 65

first sellable product; in other words, that can go into commerce and be sold to the consumer. Prior to that, no product leaves GE's control, if you will. We own all the product at that point and it is not sold to the customer.
   When you look at this, this basically lists the issues that needed to be addressed either for approval of T5 or for the rest of the program. So, therefore, that's basically what this summary is doing.
   Q. Okay.
   A. The summary up there says we are ready to proceed to Pilot Run.
   Q. And if you'll look under "Status of action items," it's toward the bottom third of Bates Number 253, do you see that?
   A. Yes.
   Q. It says, "Update of FBD" --
   A. Yes.
   Q. -- "for flame deflector."
   What is a FDB?
   A. Functional block diagram.
   Q. Explain to us what that is, please, sir.
   A. Basically, that lists the -- kind

### Page 66

of in graphic form, to be able to show some of the major components of the product and what their functional relationship is to each other.
   Q. And this one says the update of that FDB for flame deflector is complete?
   A. Yes.
   Q. What is a flame deflector, especially in this context with these GE dryers? What was that about?
   A. As I recall, it was a piece - and I don't know the details of that piece - that was added to the dryer in order to pass the black flame test, which it was a requirement for this product from GE.
   Q. And let me make sure that we all understand. The black flame test was a GE requirement that Electrolux had to manufacture to pass?
      MR. GOWEN: Objection to form.
      MS. SCOTT: Objection to form.
   A. They had to modify their design to pass.
   Q. There we go. That was one of those poorly worded questions, but your answer --
      Let me ask it, then, since we have

### Page 67

an objection. What was the purpose of the black flame test?
   A. The black flame test is a test that GE runs on the gas dryers so that -- to see where flame may be coming up behind the dryer drum. The intent of the test -- or to pass the test, rather, is that you don't see any of those flames. Therefore, should a customer look in there, there would be no flame visible. It wouldn't alarm them for any reason.
      I mean, it's -- gas dryer does have a gas flame down in the bottom; that's its function. But you don't want to see it where the customer -- you don't want it to where the customer would see it. That also would preclude it getting into the drum, as well. Since you can't see it, obviously it's not up there, and therefore it can't get into the drum.
   Q. And when we talked about the FMECA earlier, one of the things you mentioned that was important under that process was to identify any safety-related issues or hazards to the consumer.
      Correct? That's --
   A. Correct.

### Page 68

   Q. So would the -- the black flame test, would one of the benefits of GE having Electrolux manufacture the flame deflector, would that be for safety-related hazard to customers?
      MS. SCOTT: Object to form.
   A. It would be a potential for a customer.
   Q. Potential what, sir? I'm sorry.
   A. The fact that they would see a flame back there, they would think there would be a safety-related issue, and therefore we want to eliminate that.
   Q. And you said it would also ensure that the flame would not get into the drum?
      MS. SCOTT: Object to the form.
   Q. Is that one of the things you asked earlier -- I mean you stated earlier?
      MS. SCOTT: Object to the form.
   A. Yes. Because if you can't see it, obviously it's not there.
   Q. And I guess, going back to -- you're the engineer and I'm not, obviously. But just from the failure modes and criticality of failure, was one of the reasons for the black

17 (Pages 65 to 68)

Taylor Court Reporting Kentucky
(502) 671-8110

EXHIBIT 1 - 00003

James Allison
June 18, 2013

### Page 69

1 flame test a safety to the consumer?
2   A.   The black flame tests the way it's
3 constructed and run, assures that there is no
4 flame that can get up into the back of the drum.
5 And therefore, yes, that is a safety-related
6 item. If flame were to get into the back of the
7 drum, it's a potential safety issue.
8   Q.   What does the deflector itself do,
9 from an engineering or practical basis? How
10 does it stop the flame from occurring and then
11 also getting into the drum?
12   A.   I'm not sure exactly how this one
13 works. In theory, what it would do, it would
14 basically deflect the flame, catch the flame, if
15 you will, so that it can't get up into that
16 area. It also affects air flow going up through
17 there. So the combination of the air flow and
18 the design of the part is what determines how
19 high the flame can get up into that area.
20   Q.   Is part of the process, either
21 under FMECA or any other process -- is part of
22 the process that GE has to determine is what's
23 called the "useful life of a product"? Have you
24 heard that term before, sir?
25   A.   I've heard that term. Could you

### Page 70

1 restate your question, so I can --
2   Q.   Yeah.
3   A.   -- related to that?
4   Q.   Did GE have a useful life
5 requirement of the dryers that Electrolux
6 manufactured for them?
7       MR. GOWEN: Objection to form.
8 Beyond the scope of the Notice.
9   A.   We have a design life.
10   Q.   And can you give me an example of
11 what that is, sir?
12   A.   It's typically ten years.
13   Q.   And you tell me, does that mean,
14 essentially, that all parts of the dryer, for
15 example, are designed to last for ten years?
16       MR. GOWEN: Objection to form.
17 Beyond the scope of the Notice.
18   Q.   You can answer.
19   A.   Basically, what the design life is,
20 is we use that to calculate the reliability of
21 the components in the product. In other words,
22 naturally, every component in every dryer that
23 you build is not going to last ten years. There
24 will be some that have a problem with them. As
25 a result of that, we want to minimize the number

### Page 71

1 of problems in terms of the total product. So
2 when we say it's got a life of ten years, then
3 we will normally assign some reliability number
4 to that in terms of how many failure of
5 components we would allow within ten years to
6 give the quality level to the consumer.
7       So that's what we use to -- your
8 life requirement for. We estimate the number of
9 cycles per year, multiply that by ten, and then
10 test all our components to those numbers of
11 cycles to make sure that the product does
12 provide a quality product. It doesn't say every
13 component on every dryer lasts ten years.
14   Q.   What about from an engineering
15 process, maintenance of the dryer, for example,
16 required by the consumer? Are you aware of any
17 maintenance requirements by the consumer on
18 these Electrolux dryers that were manufactured
19 for GE?
20       MR. GOWEN: Objection to form.
21 Beyond the scope.
22       MS. SCOTT: Object to form.
23   Q.   You can answer.
24   A.   Yes, there are maintenance
25 requirements. You have a lint filter in the

### Page 72

1 front of the unit. Naturally, you got to clean
2 that out, and it's recommended you do that every
3 cycle so that you get proper air flow.
4       The same thing applies at the back
5 of the dryer where you have your ductwork. That
6 needs to be cleaned periodically because as the
7 lint builds up, it reduces the dryer
8 performance. So you have a maintenance
9 suggested schedule on that, as well.
10      As far as getting into the product
11 and doing anything internally other than the
12 lint filter, no, there's no recommended
13 scheduled maintenance. It's a non-maintenance
14 product.
15   Q.   And that was true for consumers of
16 this Electrolux-manufactured dryer for GE?
17   A.   Yes.
18   Q.   We were talking about that flame
19 deflector and flames. What -- as part of the
20 FMECA, what kind of safety risk is involved if
21 the flame does get into the back of the drum; in
22 other words, what can happen?
23      MR. GOWEN: Wait a minute. He's
24 not going to give opinion testimony today, and
25 I'll instruct him not to answer any opinion

18 (Pages 69 to 72)

Taylor Court Reporting Kentucky
(502) 671-8110

EXHIBIT 1 - 00004

James Allison
June 18, 2013

Page 101

1  we'll define or discuss what these performance
2  requirements were.
3       It says, "Further discussion also
4  identified need to elevate Risk Assessment for
5  the SEE test to 25 level at this time, since the
6  design as it currently stands will not -- will
7  likely not meet requirements."
8       Can you help the Court and Jury
9  understand what that sentence means?
10    A.   I think what we're saying there is
11  we have to pass the SEE test, and the current
12  design doesn't meet that so, therefore, the risk
13  of -- the risk of that, then, is elevated
14  because they don't -- their current design
15  doesn't meet it, and it has to meet it before it
16  can go into production.
17       So we're saying, you know, from a
18  program schedule and risk standpoint, we need to
19  elevate that as a major item to be addressed.
20    Q.   And again, SEE stands for Severe
21  Environmental Effect?
22    A.   Exposure.
23    Q.   Exposure.
24       It goes on to say, "Frigidaire is
25  aware of requirement and is working on the

Page 102

1  solution."
2       So that's kind of in line with what
3  you said.
4       If you would go down to where it
5  discusses "Background/Discussion," do you see
6  that, sir?
7    A.   Yes.
8    Q.   Okay. I guess it -- can you just
9  kind of, in a very summary fashion, explain to
10  the Court and Jury that first paragraph under
11  background and discussion?
12    A.   Well, basically it's saying we're
13  buying -- GE is buying a horizontal access
14  front-load washer. We sell that in a domestic
15  contract model where we're required by law to
16  have product that meets the handicapped
17  requirements. And when you go into Government
18  housing and so forth, you have to be able to
19  supply that type product in order to get the
20  contract to sell other products as well.
21       And since we didn't have one, we
22  had to source that from some other manufacturer.
23  We were also going to sell that same type of
24  washer in retail as well. Domestic being not
25  foreign, if you will, US.

Page 103

1    Q.   Yes.
2    A.   We're saying Frigidaire has a dryer
3  that matches that and we're going to basically
4  purchase that dryer from Frigidaire to fill that
5  void so that we have both a washer and a dryer
6  we can sell into that market.
7    Q.   Okay. And for the record, because
8  that's what this -- in large part, one of the
9  things this case is about, all of these dryers
10  that we're discussing, Electrolux manufacturing
11  for GE, were the ball hitch platform design.
12       Correct?
13    A.   That's my understanding.
14    Q.   While you worked for GE through
15  2001, from the time you started working on this
16  project, which was around 1996 -- so that's
17  about a five-year period.
18       Right? '96 to '01 when you
19  retired?
20    A.   Roughly.
21    Q.   -- were you aware of any design
22  changes to the ball hitch design itself? And
23  I'm not talking about the flame deflector or
24  different composite materials, but to the design
25  itself of the ball hitch dryer.

Page 104

1    A.   It seems like there was a change to
2  the finish on the ball hitch. I might be wrong
3  about that, but it seemed like there was a
4  change. I don't know if it was implemented or
5  it was just being considered to the -- to a
6  finish of the ball hitch. But beyond that, I
7  don't know of any other changes related to that.
8    Q.   When you say, "change to the finish
9  of the ball hitch design," can you explain what
10  that means?
11    A.   The ball hitch design is pretty
12  much as its name implies. It's a
13  ball-socket-type arrangement that the drum
14  rotates on. And it seems like I recall them
15  saying that they wanted to make a change either
16  to the finish or something to do with the
17  surface of that ball hitch. Beyond that, I
18  don't remember anything else about it.
19    Q.   And when you say, "the finish,"
20  like paint coating or -- just help me there. Do
21  you recall what the finish was?
22    A.   It wasn't painted. I'm pretty sure
23  of that. It was either a plated finish or a
24  polished finish, and I don't recall which. But
25  it seemed like it had something to do with that

26 (Pages 101 to 104)

Taylor Court Reporting Kentucky
(502) 671-8110

EXHIBIT 1 - 00005