Matthew P. Kanny (SBN 167118)
Email: mkanny@manatt.com
Noel S. Cohen (SBN 219645)
Email: ncohen@manatt.com
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Michael T. Williams (*pro hac vice*)
Email: williams@wtotrial.com
Jessica G. Scott (*pro hac vice*)
Email: scott@wtotrial.com
Kenneth E. Stalzer (*pro hac vice*)
Email: stalzer@wtotrial.com
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ROBERTS, et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>Defendants. | Master File No. SACV12-1644-CAS(VBKx)<br><br>CLASS ACTION<br><br>~~PROPOSED~~ ORDER GRANTING ELECTROLUX'S APPLICATION TO FILE UNDER SEAL JOINT STIPULATION REGARDING THE RETURN OR DESTRUCTION OF INADVERTENTLY PRODUCED PRIVILEGED DOCUMENTS AND SUPPORTING DOCUMENTS<br><br>The Honorable Victor B. Kenton<br><br>Date: August 20, 2013<br>Time: 10:00 a.m.<br>Place Courtroom 590<br><br>Discovery Cut-Off: Not set<br>Final Pre-Trial Conference: Not set<br>Trial: Not set |

This Document Relates To: All Actions.

The Court having read and considered Defendant Electrolux Home Products, Inc.'s application for leave to file under seal the Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Privileged Documents and Supporting Documents, and good cause having been shown, grants the application as follows:

The Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Privileged Documents, the Declarations of Sharon A. Luarde, Cheryl M. Nicolson, and Anastasia J. Wade in their entireties, portions of the Declaration of Michael Williams and exhibits B, C, E, and F thereto, and portions of the Declaration of Charles Crueger and exhibits 2, 3, 4, and 5, thereto, shall be filed under seal.

IT IS SO ORDERED.

Dated: 7-29-2013

By: _____
Hon. Judge Victor B. Kenton
United States Magistrate Judge

Date: July 24, 2013

Respectfully submitted by:

Matthew P. Kanny (SBN 167118)
Email: mkanny@manatt.com
Noel S. Cohen (SBN 219645)
Email: ncohen@manatt.com
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Michael T. Williams (pro hac vice)
Email: williams@wtotrial.com