# Exhibit 1
## Part II

*Roberts, et al. v. Electrolux Home Products, Inc.*

No. SACV12-1644-CAS(VBKx)

Declaration of Edward A. Wallace in Support of Class Counsel's Application for Attorneys' Fees and Expenses and for Service Awards

thorough cleaning would have an 18 month benefit to the consumer. **Following**, I reviewed Dr. van Schoor's Dryer Cleaning spreadsheet to ascertain the remaining life of the dryers in service at the end of 2013. **Finally**, I calculated a percentage benefit from the safety campaign (reduction of future fire incidents) by dividing the number of months benefit from a one-time cleaning by the remaining life of the dryers in service.

41. *Step 4:* To estimate the number of eligible class members who will follow the safety notice cleaning recommendation, I reviewed actual experience regarding the percentage of consumers who participate in recalls from information published by the U.S. Consumer Protection Safety Commission, the FDA, the National Transportation and Safety Association as well as other sources. I focused my attention on those matters whose compliance characteristics were similar to the subject matter, including: **(1)** product price; **(2)** age of product; **(3)** involved a safety issue; **(4)** scope or pervasiveness of the issue; and **(5)** ease of claim forms and efficiency of claims management, as well as other factors. From this analysis, I estimated a range of the level of participation from eligible class members for this benefit, which then allowed me to derive a Projected Utilization Value, which is the average of the range of the projected value of the benefits which will be received by the Class.

**B.     VALUATION FINDINGS**

42. I applied the methodology, discussed above, to calculate benefits to be received by class members including the following: **(1)** *Dryer Cleaning benefits*; **(2)** *Fire Compensation benefits*; and **(3)** *Safety Notice/Cleaning benefits*. I did not perform a valuation of the other benefits available under the Settlement. A summary of the valuation results, utilizing this methodology is presented below as well as in detail in Exhibit 1 of this declaration.

43. ***Projected Utilization Value of Dryer Cleaning benefits are estimated in the range of $7.9 to $15.8 Million***, calculated as follows:

a. Step1: Estimated number of eligible class members

791,413

x

b. Step 2: Value of cleaning

$100

c. Estimated Full Utilization Value

$79,141,297

x

d. Step 3: Estimate Range of Participation %

10% - 20%

e. Projected Utilization Value $7,914,130 - $15,828,259

44. ***Projected Utilization Value of Fire Compensation benefits total $6.7 to $8.8 Million***, calculated as follows:

**For the Period 2002 through 2013:**

a. Step1: Estimated number of past & future fires

25,655

x

b. Step 2: Value of the average fire damage out-of-pocket loss

$363

c. Step 3: Adjusted for averted fires

-

d. Estimated Full Utilization Value (2002-2013)

$9,322,952

x

e. Step 4: Estimate the Range of Participation (%)

50% - 65%

f. Period Projected Utilization Value $4,661,476 - $6,059,919

---
13

**For the Period 2014 through 2022:**
    a. Step1: Estimated number of past & future fires
       11,597
       x
    b. Step 2: Value of the average fire damage out-of-pocket loss
       $363
    c. Step 3: Adjusted for averted fires
       (2%) – (1%)
    d. Estimated Full Utilization Value   $4,136,100 - $4,175,197
       x
    e. Step 4: Estimate the Range of Participation (%)
       50% - 65%
    f. Period Projected Utilization Value  $2,068,050 - $2,713,878

**For Both Periods:** $6,729,526 - $8,773,797

45. ***Value of Safety Notice/Cleaning benefits total $12.6 to $18.9 Million***, calculated as follows:
    a. Step1: Estimated the number of future fires
       11,489
       x
    b. Step 2: Estimate the average fire damage out-of-pocket loss
       $12,174
       x
    c. Step 3: Reduction in Future fire incidents
       45%
    d. Estimated Full Utilization Value
       $62,939,295
    e. Step 4: Estimated Range of Participation (%) 20% - 30%
    f. Projected Utilization Value   $12,587,859 - $18,881,789

### C.  CONCLUSION

46. In summary, class benefits as a result of the settlement include the following:

**(1)** Dryer Cleaning benefits are estimated to have a full utilization value of $79.1 Million and a projected utilization value of $11.9 Million;

**(2)** Fire Compensation benefits are estimated to have a full utilization value of $13.5 Million and a projected utilization value of $7.8 Million; and

**(3)** Safety Notice/Cleaning benefits are estimated to have a full utilization value of $62.9 Million and a projected utilization value of $15.7 Million.

The aforementioned calculations were performed using similar methodology to that used by accountants to estimate warranty reserves and/or financial statement losses in accordance with the Financial Accounting Standards Board pronouncement #5.

I declare under the penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge. Executed on this 21st day of July, 2014.

*Frank A. Bernatowicz* (signature)

Frank A. Bernatowicz

# EXHIBIT A: Electrolux Class Action Litigation; DOCUMENTS

| Ref | Description |
|---|---|
| 1 | EHP_HUM_00260413.pdf |
| 2 | Wright Group Report (FINAL draft).docx |
| 3 | Arkansas Pleadings (Humphrey)\2012.08.31 - D's 26(a)(1) Disclosures.pdf |
| 4 | Arkansas Pleadings (Humphrey)\2012.08.31 - Ps' 26(a)(1) Disclosures.pdf |
| 5 | Arkansas Pleadings (Humphrey)\Dkt 1- Complaint.pdf |
| 6 | Arkansas Pleadings (Humphrey)\DKT 16- Electrolux Mtn to Dismiss.pdf |
| 7 | Arkansas Pleadings (Humphrey)\Dkt 17- Brief in Support of Mtn To Dismiss.pdf |
| 8 | Arkansas Pleadings (Humphrey)\Dkt 17-1- Exhibit 1.pdf |
| 9 | Arkansas Pleadings (Humphrey)\DKT 18- Notice of Change of Address.pdf |
| 10 | Arkansas Pleadings (Humphrey)\DKT 19- Initial Scheduling Order.PDF |
| 11 | Arkansas Pleadings (Humphrey)\DKT 19- Scheduling Order.pdf |
| 12 | Arkansas Pleadings (Humphrey)\DKT 20- P's Oppositin to Mtn to Dismiss.pdf |
| 13 | Arkansas Pleadings (Humphrey)\DKT 21- D's Reply on Motion to Dismiss.pdf |
| 14 | Arkansas Pleadings (Humphrey)\DKT 23- Final Scheduling Order.pdf |
| 15 | Arkansas Pleadings (Humphrey)\DKT 24- Order on Motion to Dismiss.pdf |
| 16 | Arkansas Pleadings (Humphrey)\DKT 25- Joint Motion for Protective Order.pdf |
| 17 | Arkansas Pleadings (Humphrey)\DKT 26- 1st Amended Complaint-Class Action.pdf |
| 18 | Arkansas Pleadings (Humphrey)\DKT 27- Notice of Docket Correction.pdf |
| 19 | Arkansas Pleadings (Humphrey)\DKT 28- Motion for Leave to File First Amended Class Action Complaint.pdf |
| 20 | Arkansas Pleadings (Humphrey)\DKT 29- Joint Motion for Modification of Certain Deadlines in Final Scheduling Order.pdf |
| 21 | Arkansas Pleadings (Humphrey)\DKT 3- Joint Motion for Extension of Time to Respond to Complaint and Briefing Schedule.pdf |
| 22 | Arkansas Pleadings (Humphrey)\DKT 30- Electrolus' Cross Motion to Strike and Opposition to P's Motion for Leave to File 1st Amended Complaint.pdf |
| 23 | Arkansas Pleadings (Humphrey)\DKT 31- Brief in Support of Electrolux's Cross-Motion to Strike and Opposition.pdf |
| 24 | Arkansas Pleadings (Humphrey)\DKT 31-1- Exhibit 1.pdf |
| 25 | Arkansas Pleadings (Humphrey)\DKT 31-10- Exhibit 10.pdf |
| 26 | Arkansas Pleadings (Humphrey)\DKT 31-11- Exhibit 11.pdf |
| 27 | Arkansas Pleadings (Humphrey)\DKT 31-2- Exhibit 2.pdf |
| 28 | Arkansas Pleadings (Humphrey)\DKT 31-3- Exhibit 3.pdf |
| 29 | Arkansas Pleadings (Humphrey)\DKT 31-4- Exhibit 4.pdf |
| 30 | Arkansas Pleadings (Humphrey)\DKT 31-5- Exhibit 5.pdf |
| 31 | Arkansas Pleadings (Humphrey)\DKT 31-6- Exhibit 6.pdf |
| 32 | Arkansas Pleadings (Humphrey)\DKT 31-7- Exhibit 7.pdf |
| 33 | Arkansas Pleadings (Humphrey)\DKT 31-8- Exhibit 8.pdf |
| 34 | Arkansas Pleadings (Humphrey)\DKT 31-9- Exhibit 9.pdf |
| 35 | Arkansas Pleadings (Humphrey)\DKT 32- P's Reply in Support of Her Motion to Amend and Opposition to D's Motion to Strike.pdf |
| 36 | Arkansas Pleadings (Humphrey)\DKT 33- Order.pdf |
| 37 | Arkansas Pleadings (Humphrey)\DKT 34- D's Reply in Support of its Cross-Motion to Strike P's Motin for Leave to file 1st Amended Complaint.pdf |
| 38 | Arkansas Pleadings (Humphrey)\DKT 35- Amended Final Scheduling Order.pdf |
| 39 | Arkansas Pleadings (Humphrey)\DKT 36- Text Order Setting Hearing on Feb 22, 2013.msg |
| 40 | Arkansas Pleadings (Humphrey)\DKT 37- Motion to Reschedule Hearing.pdf |
| 41 | Arkansas Pleadings (Humphrey)\DKT 39- Joint Motion for Protective Order.pdf |
| 42 | Arkansas Pleadings (Humphrey)\DKT 39-1 Proposed Stipulated PO.pdf |
| 43 | Arkansas Pleadings (Humphrey)\DKT 40- Notice of Appearance - Stalzer.pdf |
| 44 | Arkansas Pleadings (Humphrey)\DKT 42- Order.pdf |
| 45 | Arkansas Pleadings (Humphrey)\DKT 43- Stipulated Protective Order.pdf |
| 46 | Arkansas Pleadings (Humphrey)\DKT 44 - Transcript of Motion Hearing.pdf |
| 47 | Arkansas Pleadings (Humphrey)\DKT 45- Notice of Change of Firm Name.pdf |
| 48 | Arkansas Pleadings (Humphrey)\DKT 46- D's Rule 83.5 Application to Make Special Appearance.pdf |
| 49 | Arkansas Pleadings (Humphrey)\DKT 46- Order Granting Motion to Appear - Luarde.msg |
| 50 | Arkansas Pleadings (Humphrey)\DKT 48 - Joint Report on Efforts to Consolidate and Coordinate Related Actions by Humphrey.pdf |
| 51 | Arkansas Pleadings (Humphrey)\DKT 49- The Parties' Supplemental Joint Report on Efforts to Consolidate and Coordinate Related Actions.pdf |
| 52 | Arkansas Pleadings (Humphrey)\DKT 50- Order granting Motion to Amend Complaint.pdf |
| 53 | Arkansas Pleadings (Humphrey)\DKT 51- 1st Amended Complaint-Class Action.pdf |
| 54 | Arkansas Pleadings (Humphrey)\DKT 52- D's Answer to P's 1st Amended Complaint.pdf |
| 55 | Arkansas Pleadings (Humphrey)\DKT 53- Proposed Revised Scheduling Order.pdf |
| 56 | Arkansas Pleadings (Humphrey)\DKT 54- Order Granting Parties' Proposed Scheduling Order.msg |
| 57 | Arkansas Pleadings (Humphrey)\Drafts\Draft Brief Support Motion to Transfer (Version 2).docx |
| 58 | Arkansas Pleadings (Humphrey)\Drafts\Draft Brief Support Motion to Transfer (Version 3).docx |
| 59 | Arkansas Pleadings (Humphrey)\Drafts\Draft Brief Support Motion to Transfer.docx |
| 60 | Arkansas Pleadings (Humphrey)\Drafts\Draft Motion to Transfer.docx |
| 61 | Arkansas Pleadings (Humphrey)\Drafts\FINAL EDITS Opposition to Electrolux Motion to Dismiss (EKD).docx |
| 62 | Arkansas Pleadings (Humphrey)\Drafts\Humphrey - Protective Order.rtf |
| 63 | Arkansas Pleadings (Humphrey)\Drafts\Redline Comparison of Complaint to First Amended Complaint (00265003).docx |

# EXHIBIT A: Electrolux Class Action Litigation; DOCUMENTS

| Ref | Description |
| --- | --- |
| 64 | Arkansas Pleadings (Humphrey)\Drafts\Redline Comparison of Complaint to First Amended Complaint (00265003).pdf |
| 65 | California Pleadings (Roberts)\2013.08.06 - Ds App to File Its Memorandum in Support of Motion for PO Under Seal.pdf |
| 66 | California Pleadings (Roberts)\2013.08.06 - Ds Supplemental Memorandum in Support of Motion for PO.pdf |
| 67 | California Pleadings (Roberts)\2013.08.06 - PO Granting Ds App to File Supplemental Memorandum Under Seal.pdf |
| 68 | California Pleadings (Roberts)\Declaration of Anastasia J Wade.pdf |
| 69 | California Pleadings (Roberts)\Declaration of Charles Crueger.pdf |
| 70 | California Pleadings (Roberts)\Declaration of Cheryl M Nicolson.pdf |
| 71 | California Pleadings (Roberts)\Declaration of Michael T Williams.pdf |
| 72 | California Pleadings (Roberts)\Declaration of Sharon A Luarde.pdf |
| 73 | California Pleadings (Roberts)\DKT - 56-1.pdf |
| 74 | California Pleadings (Roberts)\DKT 1- Class Action Complaint.pdf |
| 75 | California Pleadings (Roberts)\DKT 10- Stipulation to Extend Time to Respond to Initial Complaint by Not More than 30 days.pdf |
| 76 | California Pleadings (Roberts)\DKT 106- Proof of Service - Manual filing - Unredacted Documents filed under seal.msg |
| 77 | California Pleadings (Roberts)\DKT 107 - Ds App to File Joint Stipulation Regards Produced-Destroyed Documents.pdf |
| 78 | California Pleadings (Roberts)\DKT 108- D's Response to Ps' Motion for Leave to Withdraw as Named Ps.pdf |
| 79 | California Pleadings (Roberts)\DKT 108-1 Declaration of Stalzer.pdf |
| 80 | California Pleadings (Roberts)\DKT 108-2 - Declaration of Stalzer in Support of Ds Response to Ps Motion for Leave.pdf |
| 81 | California Pleadings (Roberts)\DKT 108-3 - Declaration of Stalzer in Support of Ds Response to Ps Motion for Leave.pdf |
| 82 | California Pleadings (Roberts)\DKT 108-4 - Declaration of Stalzer in Support of Ds Response to Ps Motion for Leave.pdf |
| 83 | California Pleadings (Roberts)\DKT 108-5 - Declaration of Stalzer in Support of Ds Response to Ps Motion for Leave.pdf |
| 84 | California Pleadings (Roberts)\DKT 108-6 - Declaration of Stalzer in Support of Ds Response to Ps Motion for Leave.pdf |
| 85 | California Pleadings (Roberts)\DKT 108-7 - Declaration of Stalzer in Support of Ds Response to Ps Motion for Leave.pdf |
| 86 | California Pleadings (Roberts)\DKT 109- Order Granting D's Application to File Under Seal Joint Stip Re the Return or Destruction of Documents Produced.pdf |
| 87 | California Pleadings (Roberts)\DKT 11- Williams Pro Hac Vice Application.pdf |
| 88 | California Pleadings (Roberts)\DKT 11-1- Williams Attachment A to Pro Hac Vice Application.pdf |
| 89 | California Pleadings (Roberts)\DKT 11-2- Williams Certificate of Good Standing.pdf |
| 90 | California Pleadings (Roberts)\DKT 110 - Notice of Manual Filing.pdf |
| 91 | California Pleadings (Roberts)\DKT 111 - Notice of Errata to Joint Stipulation (Filed under Seal).pdf |
| 92 | California Pleadings (Roberts)\DKT 112 - Joint Stipulation Regarding the Return-Destruction of Produced Docs (Filed under Seal).pdf |
| 93 | California Pleadings (Roberts)\DKT 113 - Declaration of Crueger in Support of Joint Stipulation Regarding Return-Destruction of Docs (Filed Under Seal).pdf |
| 94 | California Pleadings (Roberts)\DKT 114 - Dec. of Cheryl Nicolson in Support of Joint Stip. Regarding Return-Destruction of Docs (Filed Under Seal).pdf |
| 95 | California Pleadings (Roberts)\DKT 115 - Dec of Anastasia Wade in Support of Joint Stip Regarding Return-Destruction of Doc (Filed Under Seal).pdf |
| 96 | California Pleadings (Roberts)\DKT 116 - Dec of Sharon Luarde in Support of Joint Stip Regarding The Return-Destruction of Docs ( Filed Under Seal).pdf |
| 97 | California Pleadings (Roberts)\DKT 117 - Dec of Michael Williams in Support of Joint Stip Regarding Return-Destruction of Docs (Filed Under Seal).pdf |
| 98 | California Pleadings (Roberts)\DKT 118 - Ps Reply in Support of Motion for Leave to Withdraw as Named Ps.pdf |
| 99 | California Pleadings (Roberts)\DKT 118-1 - Exhibit A - Declaration of Shawn Roberts.pdf |
| 100 | California Pleadings (Roberts)\DKT 118-2 - Exhibit B - Declaration of Nicole Horton.pdf |
| 101 | California Pleadings (Roberts)\DKT 12- Scott Pro Hac Vice Application.pdf |
| 102 | California Pleadings (Roberts)\DKT 12-1- Scott Certificate of Good Standing.pdf |
| 103 | California Pleadings (Roberts)\DKT 121 - Ds Application to File Under Seal.pdf |
| 104 | California Pleadings (Roberts)\DKT 121-1 - PO Granting Ds App to File Suupplemental Memorandum Under Seal.pdf |
| 105 | California Pleadings (Roberts)\DKT 122 - Proposed Order Granting Ds App to File Under Seal - Supp. Memo.pdf |
| 106 | California Pleadings (Roberts)\DKT 123 - Civil Minutes.pdf |
| 107 | California Pleadings (Roberts)\DKT 124 - Minutes in Chambers.pdf |
| 108 | California Pleadings (Roberts)\DKT 13- Stalzer Pro Hac Vice Application.pdf |
| 109 | California Pleadings (Roberts)\DKT 13-1- Stalzer Certificate of Good Standing.pdf |
| 110 | California Pleadings (Roberts)\DKT 14- Notice of Lodging of Proposed Order.pdf |
| 111 | California Pleadings (Roberts)\DKT 14-1- Proposed Order.pdf |
| 112 | California Pleadings (Roberts)\DKT 15- Notice of Lodging of Proposed Order.pdf |
| 113 | California Pleadings (Roberts)\DKT 15-1 Proposed Order.pdf |

# EXHIBIT A: Electrolux Class Action Litigation; DOCUMENTS

| Ref | Description |
|---|---|
| 114 | California Pleadings (Roberts)\DKT 16- Notice of Lodging of Proposed Order.pdf |
| 115 | California Pleadings (Roberts)\DKT 16-1- Proposed Order.pdf |
| 116 | California Pleadings (Roberts)\DKT 17- Notice to Filer of Deficiencies in Electronically Filed Documents.pdf |
| 117 | California Pleadings (Roberts)\DKT 18- Notice to Counsel re Judge's Procedure.pdf |
| 118 | California Pleadings (Roberts)\DKT 2- Certification + Notice of Interested Parties.pdf |
| 119 | California Pleadings (Roberts)\DKT 23- Motion to Dismiss Consumer Product Case.PDF |
| 120 | California Pleadings (Roberts)\DKT 27- Order Granting Crueger Pro Hac Vice.pdf |
| 121 | California Pleadings (Roberts)\DKT 28- Order Granting Dickinson Pro Hac Vice.pdf |
| 122 | California Pleadings (Roberts)\DKT 29- Order Granting Wallace Pro Hac Vice.pdf |
| 123 | California Pleadings (Roberts)\DKT 3- Notice to Parties re ADR.pdf |
| 124 | California Pleadings (Roberts)\DKT 30- Notice of Manual Filing - 1st Amended Complaint for Damages.pdf |
| 125 | California Pleadings (Roberts)\DKT 31- Stipulation Re Filing of Amended Complaint Setting Date for Responsive Pleading.pdf |
| 126 | California Pleadings (Roberts)\DKT 32 - First Amended Complaint.pdf |
| 127 | California Pleadings (Roberts)\DKT 33- Order on Stipulation Re Filing of Amended Complaint Setting Date for Responsive Pleading.pdf |
| 128 | California Pleadings (Roberts)\DKT 36 - Notice of Motion and Motion to Dismiss.pdf |
| 129 | California Pleadings (Roberts)\DKT 36-1 - Proposed Order Mtn to Dismiss.pdf |
| 130 | California Pleadings (Roberts)\DKT 39- Stipulation Regarding Briefing Schedule for Motion to Dismiss.pdf |
| 131 | California Pleadings (Roberts)\DKT 39-1- Proposed Order.pdf |
| 132 | California Pleadings (Roberts)\DKT 40- P's Ex Parte Application for an Order Extending the Deadline for Filing their Motion for Class Certification.pdf |
| 133 | California Pleadings (Roberts)\DKT 40-1- Dec of Keller.pdf |
| 134 | California Pleadings (Roberts)\DKT 40-2- Exhibit 1 to Dec of Keller.pdf |
| 135 | California Pleadings (Roberts)\DKT 40-3- Exhibit 2 to Dec of Keller.pdf |
| 136 | California Pleadings (Roberts)\DKT 40-4- Exhibit 3 to Dec of Keller.pdf |
| 137 | California Pleadings (Roberts)\DKT 40-5- Exhibit 4 to Dec of Keller.pdf |
| 138 | California Pleadings (Roberts)\DKT 41- Notice of Filer of Deficiencies in Electronically Filed Documents.pdf |
| 139 | California Pleadings (Roberts)\DKT 42- Certification and Notice of Interested Parties.pdf |
| 140 | California Pleadings (Roberts)\DKT 43- D's NOM and Motion to Stay; Memo of the Points and Authorities in Support.pdf |
| 141 | California Pleadings (Roberts)\DKT 43-1- Proposed Order.pdf |
| 142 | California Pleadings (Roberts)\DKT 44- D's Opposition to Ps' Ex Parte Application tr Ext the Deadline.pdf |
| 143 | California Pleadings (Roberts)\DKT 45- Dec of Stalzer in Support of D's Motion to Stay and D's Opposition to Ps' Exparte Application.pdf |
| 144 | California Pleadings (Roberts)\DKT 45-1- Exhibit 1.pdf |
| 145 | California Pleadings (Roberts)\DKT 45-2- Exhibit 2.pdf |
| 146 | California Pleadings (Roberts)\DKT 45-3- Exhibit 3.pdf |
| 147 | California Pleadings (Roberts)\DKT 45-4 - Exhibit 4.pdf |
| 148 | California Pleadings (Roberts)\DKT 45-5 - Exhibit 5.pdf |
| 149 | California Pleadings (Roberts)\DKT 45-6- Exhibit 6.pdf |
| 150 | California Pleadings (Roberts)\DKT 45-7 - Exhibit 7.pdf |
| 151 | California Pleadings (Roberts)\DKT 45-8- Exhibit 8.pdf |
| 152 | California Pleadings (Roberts)\DKT 45-9- Exhibit 9.pdf |
| 153 | California Pleadings (Roberts)\DKT 48- Application for NOn-Resident Attorney to Appear in a Specific Case - Coleman.pdf |
| 154 | California Pleadings (Roberts)\DKT 50- Order on Stipulation Re Briefing Schedule for Motion to Dismiss.pdf |
| 155 | California Pleadings (Roberts)\DKT 51- Stip Re Proposed Stipulated Protective Order.pdf |
| 156 | California Pleadings (Roberts)\DKT 53- P's Memo of Points and Authorities in Opp to D's Motion to Stay.pdf |
| 157 | California Pleadings (Roberts)\DKT 54- Civil Minutes re Status Conference.pdf |
| 158 | California Pleadings (Roberts)\DKT 55- Stipulated Protective Order.pdf |
| 159 | California Pleadings (Roberts)\DKT 56 - Stipulation regard filing of P motion for pretrial deadlines.pdf |
| 160 | California Pleadings (Roberts)\DKT 56-2.pdf |
| 161 | California Pleadings (Roberts)\DKT 57- Notice of Clerical Error re Protective Order.pdf |
| 162 | California Pleadings (Roberts)\DKT 58- Notice of Clerical Error re Stipulation for Order.pdf |
| 163 | California Pleadings (Roberts)\DKT 59- Stipulated Protective Order.pdf |
| 164 | California Pleadings (Roberts)\DKT 60- Order on Stiuplation Re Filing of Ps' Motionf or Class Certification and Other Pretrial Deadlines.pdf |
| 165 | California Pleadings (Roberts)\DKT 61- Notice of Withdrawal of D's NOM and Motion to Stay.pdf |
| 166 | California Pleadings (Roberts)\DKT 62- P's Memo of Points and Authorities in Opposition to D's Motion to Dismiss P's Amended Complaint.pdf |
| 167 | California Pleadings (Roberts)\DKT 63- Ps' NOM and Motion for Entry of a Case Management Order Appointing Interim Co-Lead Counsel.pdf |
| 168 | California Pleadings (Roberts)\DKT 65.pdf |
| 169 | California Pleadings (Roberts)\DKT 66- D's Reply inSupport of its Partial Motion to Dismiss Ps' Amended Complaint.pdf |

# EXHIBIT A: Electrolux Class Action Litigation; DOCUMENTS

| Ref | Description |
|---|---|
| 170 | California Pleadings (Roberts)\DKT 67- Civil Minutes.pdf |
| 171 | California Pleadings (Roberts)\DKT 68- Civil Minutes.pdf |
| 172 | California Pleadings (Roberts)\DKT 69- Case Management Order Appointing Interim Co-Lead Counsel.pdf |
| 173 | California Pleadings (Roberts)\DKT 70 - Stipulation to consolidate, file cons. amended complaint, amend scheduling.pdf |
| 174 | California Pleadings (Roberts)\DKT 70-1 - Proposed order on stipulation to cons. file.pdf |
| 175 | California Pleadings (Roberts)\DKT 71 - Order on stipulation to cons, file cons amended complaint, amend scheduling.pdf |
| 176 | California Pleadings (Roberts)\DKT 72 - Civil Minutes.pdf |
| 177 | California Pleadings (Roberts)\DKT 73 - Notice of Withdraw of Named Ps.pdf |
| 178 | California Pleadings (Roberts)\DKT 74 Consolidated Amended Class Action Complaint.pdf |
| 179 | California Pleadings (Roberts)\DKT 74-1 Certificate of Service of Consolidated Amended Class Action Complaint.pdf |
| 180 | California Pleadings (Roberts)\DKT 75- Consolidated Amended Class Action Complaint.pdf |
| 181 | California Pleadings (Roberts)\DKT 76- Certificate of Service of Consolidated Amended Class Action Complaint.pdf |
| 182 | California Pleadings (Roberts)\DKT 77- Notice of Withdrawal of Named Ps.pdf |
| 183 | California Pleadings (Roberts)\DKT 80 - Answer to Consolidated Amended Complaint.pdf |
| 184 | California Pleadings (Roberts)\DKT 81 - D's Objection to Notice of Withdrawal of Named Ps.pdf |
| 185 | California Pleadings (Roberts)\DKT 82-Notice of Filing Exhibits under seal.pdf |
| 186 | California Pleadings (Roberts)\DKT 83 - Ps' Motion to Compel 30(b)(6) Deps.pdf |
| 187 | California Pleadings (Roberts)\DKT 83-1 - Proposed order.pdf |
| 188 | California Pleadings (Roberts)\DKT 84 - Joint Stipulation for Motion to Compel 30(b)(6) Deps.pdf |
| 189 | California Pleadings (Roberts)\DKT 85 - Luarde Declaration.pdf |
| 190 | California Pleadings (Roberts)\DKT 86 - Dec of Dickenson in support of joint Stipulation regard. P motion.pdf |
| 191 | California Pleadings (Roberts)\DKT 86-1 - Exhibit A.pdf |
| 192 | California Pleadings (Roberts)\DKT 86-2 - Exhibit D to G.pdf |
| 193 | California Pleadings (Roberts)\DKT 86-3 - Exhibit H.pdf |
| 194 | California Pleadings (Roberts)\DKT 86-4 - Exhibit Q to U.pdf |
| 195 | California Pleadings (Roberts)\DKT 86-4 - Exhibit V to Z.pdf |
| 196 | California Pleadings (Roberts)\DKT 87- Williams Declaration for D's Opp to Motion to Compel.pdf |
| 197 | California Pleadings (Roberts)\DKT 87-1 - Williams Decl Exs A to B.pdf |
| 198 | California Pleadings (Roberts)\DKT 87-2 - Williams Decl Exs C to E.pdf |
| 199 | California Pleadings (Roberts)\DKT 87-3 - Williams Decl Exs F to K.pdf |
| 200 | California Pleadings (Roberts)\DKT 88- Ps Application for An Order Allowing Ps Leave to File Documents in Support of their Motion to Compel Depo Testimony.pdf |
| 201 | California Pleadings (Roberts)\DKT 89 - Notice of Manual Filing.pdf |
| 202 | California Pleadings (Roberts)\DKT 90 - P's sup memorandum in support of their motion to compel fed rule of civil procedure 30(B)(6) depo.pdf |
| 203 | California Pleadings (Roberts)\DKT 90-1 - Supp of Dickinson.pdf |
| 204 | California Pleadings (Roberts)\DKT 91 - D's Supplemental Memo on Motion to Compel.pdf |
| 205 | California Pleadings (Roberts)\DKT 92 - Order granting P App for an order alowing P leave to file doc in support of M to compel depo.pdf |
| 206 | California Pleadings (Roberts)\DKT 94 - P's app for order allow P's leave to file docs in support of motion to compel depos under seal - Dec of Nelson.pdf |
| 207 | California Pleadings (Roberts)\DKT 95- Order Granting Ps' App to Allowing Ps Leave to file Documents in Supp of their Motion to Compel Depo under Seal.pdf |
| 208 | California Pleadings (Roberts)\DKT 96 - Tentative on Motion to Compel 30(b)(6).pdf |
| 209 | California Pleadings (Roberts)\DKT 97 - Shawn Roberts and Nicole Hortons motion for leave to withdraw as named plaintiffs.pdf |
| 210 | California Pleadings (Roberts)\DKT 97-1 - Declaration of Coleman.pdf |
| 211 | California Pleadings (Roberts)\DKT 97-2 - Declaration of Goulet.pdf |
| 212 | California Pleadings (Roberts)\DKT 97-3 - Exhibit 1.pdf |
| 213 | California Pleadings (Roberts)\DKT 97-4.pdf |
| 214 | California Pleadings (Roberts)\DKT 97-5.pdf |
| 215 | California Pleadings (Roberts)\DKT 97-6.pdf |
| 216 | California Pleadings (Roberts)\DKT 98 - Notice of lodging order on Ps motion for leave as named Ps.pdf |
| 217 | California Pleadings (Roberts)\DKT 98-1 - Order on P's Motion for leave to withdraw as named Ps.pdf |
| 218 | California Pleadings (Roberts)\Ds App to File Joint Stipulation Regarding the Return or Destruction of Docs.pdf |
| 219 | California Pleadings (Roberts)\First Amended Complaint- 11.21.12.pdf |
| 220 | California Pleadings (Roberts)\Joint Stipulation Regarding the Returs or Destruction of Docs.pdf |
| 221 | California Pleadings (Roberts)\JS Regarding the Return or Destruction of Produced Docs.pdf |
| 222 | California Pleadings (Roberts)\Order Granting Ds App Regarding Return-Destruction of Documents.pdf |
| 223 | California Pleadings (Roberts)\Proof of Service.pdf |
| 224 | Claims Data\EHP_HUM_00254063.xls |
| 225 | Electrolux - Dep Exhibits\Pl Ex. 1.pdf |
| 226 | Electrolux - Dep Exhibits\Pl Ex. 10 (00266965).pdf |
| 227 | Electrolux - Dep Exhibits\Pl Ex. 100.pdf |
| 228 | Electrolux - Dep Exhibits\Pl Ex. 101.pdf |
| 229 | Electrolux - Dep Exhibits\Pl Ex. 102.pdf |

# EXHIBIT A: Electrolux Class Action Litigation; DOCUMENTS

| # | Description |
|---|---|
| 230 | Electrolux - Dep Exhibits\Pl Ex. 103.pdf |
| 231 | Electrolux - Dep Exhibits\Pl Ex. 104.pdf |
| 232 | Electrolux - Dep Exhibits\Pl Ex. 105.pdf |
| 233 | Electrolux - Dep Exhibits\Pl Ex. 106.pdf |
| 234 | Electrolux - Dep Exhibits\Pl Ex. 107.pdf |
| 235 | Electrolux - Dep Exhibits\Pl Ex. 108.pdf |
| 236 | Electrolux - Dep Exhibits\Pl Ex. 109.pdf |
| 237 | Electrolux - Dep Exhibits\Pl Ex. 11 (00266966).pdf |
| 238 | Electrolux - Dep Exhibits\Pl Ex. 110.pdf |
| 239 | Electrolux - Dep Exhibits\Pl Ex. 111.pdf |
| 240 | Electrolux - Dep Exhibits\Pl Ex. 112.pdf |
| 241 | Electrolux - Dep Exhibits\Pl Ex. 113.pdf |
| 242 | Electrolux - Dep Exhibits\Pl Ex. 114.pdf |
| 243 | Electrolux - Dep Exhibits\Pl Ex. 115.pdf |
| 244 | Electrolux - Dep Exhibits\Pl Ex. 116.pdf |
| 245 | Electrolux - Dep Exhibits\Pl Ex. 117.pdf |
| 246 | Electrolux - Dep Exhibits\Pl Ex. 118.pdf |
| 247 | Electrolux - Dep Exhibits\Pl Ex. 119.pdf |
| 248 | Electrolux - Dep Exhibits\Pl Ex. 12 (00266967).pdf |
| 249 | Electrolux - Dep Exhibits\Pl Ex. 120.pdf |
| 257 | Electrolux - Dep Exhibits\Pl Ex. 128.pdf |
| 258 | Electrolux - Dep Exhibits\Pl Ex. 129.pdf |
| 259 | Electrolux - Dep Exhibits\Pl Ex. 13 (00266968).pdf |
| 260 | Electrolux - Dep Exhibits\Pl Ex. 130.pdf |
| 261 | Electrolux - Dep Exhibits\Pl Ex. 131.pdf |
| 262 | Electrolux - Dep Exhibits\Pl Ex. 132.pdf |
| 263 | Electrolux - Dep Exhibits\Pl Ex. 133.xlsx |
| 264 | Electrolux - Dep Exhibits\Pl Ex. 134.pdf |
| 265 | Electrolux - Dep Exhibits\Pl Ex. 135.xls |
| 266 | Electrolux - Dep Exhibits\Pl Ex. 136.XLSX |
| 267 | Electrolux - Dep Exhibits\Pl Ex. 137.XLSX |
| 268 | Electrolux - Dep Exhibits\Pl Ex. 138.pdf |
| 269 | Electrolux - Dep Exhibits\Pl Ex. 139.PDF |
| 270 | Electrolux - Dep Exhibits\Pl Ex. 14 (00266969).pdf |
| 271 | Electrolux - Dep Exhibits\Pl Ex. 140.PDF |
| 272 | Electrolux - Dep Exhibits\Pl Ex. 141.PDF |
| 273 | Electrolux - Dep Exhibits\Pl Ex. 142.PDF |
| 274 | Electrolux - Dep Exhibits\Pl Ex. 143.PDF |
| 275 | Electrolux - Dep Exhibits\Pl Ex. 144.PDF |
| 276 | Electrolux - Dep Exhibits\Pl Ex. 145.PDF |
| 277 | Electrolux - Dep Exhibits\Pl Ex. 146.PDF |
| 278 | Electrolux - Dep Exhibits\Pl Ex. 147.PDF |
| 279 | Electrolux - Dep Exhibits\Pl Ex. 148.PDF |
| 280 | Electrolux - Dep Exhibits\Pl Ex. 149.PDF |
| 281 | Electrolux - Dep Exhibits\Pl Ex. 15 (00266970).pdf |
| 282 | Electrolux - Dep Exhibits\Pl Ex. 150.PDF |
| 283 | Electrolux - Dep Exhibits\Pl Ex. 151.PDF |
| 284 | Electrolux - Dep Exhibits\Pl Ex. 152.PDF |
| 285 | Electrolux - Dep Exhibits\Pl Ex. 153.PDF |
| 286 | Electrolux - Dep Exhibits\Pl Ex. 154.PDF |
| 294 | Electrolux - Dep Exhibits\Pl Ex. 161.PDF |
| 295 | Electrolux - Dep Exhibits\Pl Ex. 162.PDF |
| 296 | Electrolux - Dep Exhibits\Pl Ex. 163.PDF |
| 297 | Electrolux - Dep Exhibits\Pl Ex. 164.pdf |
| 298 | Electrolux - Dep Exhibits\Pl Ex. 165.pdf |
| 299 | Electrolux - Dep Exhibits\Pl Ex. 166.pdf |
| 300 | Electrolux - Dep Exhibits\Pl Ex. 167.pdf |
| 301 | Electrolux - Dep Exhibits\Pl Ex. 168.pdf |
| 302 | Electrolux - Dep Exhibits\Pl Ex. 169.PDF |
| 303 | Electrolux - Dep Exhibits\Pl Ex. 170.PDF |
| 304 | Electrolux - Dep Exhibits\Pl Ex. 170A.PDF |
| 305 | Electrolux - Dep Exhibits\Pl Ex. 171.PDF |
| 306 | Electrolux - Dep Exhibits\Pl Ex. 172.PDF |
| 307 | Electrolux - Dep Exhibits\Pl Ex. 173.PDF |
| 308 | Electrolux - Dep Exhibits\Pl Ex. 19.pdf |
| 309 | Electrolux - Dep Exhibits\Pl Ex. 2 (00266972).pdf |
| 310 | Electrolux - Dep Exhibits\Pl Ex. 21.pdf |
| 311 | Electrolux - Dep Exhibits\Pl Ex. 22.pdf |
| 312 | Electrolux - Dep Exhibits\Pl Ex. 23.pdf |
| 313 | Electrolux - Dep Exhibits\Pl Ex. 24.pdf |
| 314 | Electrolux - Dep Exhibits\Pl Ex. 25.pdf |
| 315 | Electrolux - Dep Exhibits\Pl Ex. 26.pdf |
| 316 | Electrolux - Dep Exhibits\Pl Ex. 27.pdf |
| 317 | Electrolux - Dep Exhibits\Pl Ex. 28.pdf |

# EXHIBIT A: Electrolux Class Action Litigation; DOCUMENTS

| Ref | Description |
| --- | --- |
| 318 | Electrolux - Dep Exhibits\Pl Ex. 3 (00266973).pdf |
| 319 | Electrolux - Dep Exhibits\Pl Ex. 30.pdf |
| 320 | Electrolux - Dep Exhibits\Pl Ex. 31.pdf |
| 321 | Electrolux - Dep Exhibits\Pl Ex. 32.pdf |
| 322 | Electrolux - Dep Exhibits\Pl Ex. 33.pdf |
| 323 | Electrolux - Dep Exhibits\Pl Ex. 34.pdf |
| 331 | Electrolux - Dep Exhibits\Pl Ex. 41.pdf |
| 332 | Electrolux - Dep Exhibits\Pl Ex. 42.pdf |
| 333 | Electrolux - Dep Exhibits\Pl Ex. 43.pdf |
| 334 | Electrolux - Dep Exhibits\Pl Ex. 44.pdf |
| 335 | Electrolux - Dep Exhibits\Pl Ex. 45.pdf |
| 336 | Electrolux - Dep Exhibits\Pl Ex. 46.pdf |
| 337 | Electrolux - Dep Exhibits\Pl Ex. 47.pdf |
| 338 | Electrolux - Dep Exhibits\Pl Ex. 48.pdf |
| 339 | Electrolux - Dep Exhibits\Pl Ex. 49.pdf |
| 340 | Electrolux - Dep Exhibits\Pl Ex. 5 (00266961).pdf |
| 341 | Electrolux - Dep Exhibits\Pl Ex. 50.pdf |
| 342 | Electrolux - Dep Exhibits\Pl Ex. 51.pdf |
| 343 | Electrolux - Dep Exhibits\Pl Ex. 52.pdf |
| 344 | Electrolux - Dep Exhibits\Pl Ex. 53.PDF |
| 345 | Electrolux - Dep Exhibits\Pl Ex. 54.pdf |
| 346 | Electrolux - Dep Exhibits\Pl Ex. 55.PDF |
| 347 | Electrolux - Dep Exhibits\Pl Ex. 56.PDF |
| 348 | Electrolux - Dep Exhibits\Pl Ex. 57.PDF |
| 349 | Electrolux - Dep Exhibits\Pl Ex. 58.PDF |
| 350 | Electrolux - Dep Exhibits\Pl Ex. 59.PDF |
| 351 | Electrolux - Dep Exhibits\Pl Ex. 6 (00266962).pdf |
| 352 | Electrolux - Dep Exhibits\Pl Ex. 60.PDF |
| 353 | Electrolux - Dep Exhibits\Pl Ex. 61.PDF |
| 354 | Electrolux - Dep Exhibits\Pl Ex. 62.PDF |
| 355 | Electrolux - Dep Exhibits\Pl Ex. 63.PDF |
| 356 | Electrolux - Dep Exhibits\Pl Ex. 64.PDF |
| 357 | Electrolux - Dep Exhibits\Pl Ex. 65.PDF |
| 358 | Electrolux - Dep Exhibits\Pl Ex. 66.PDF |
| 359 | Electrolux - Dep Exhibits\Pl Ex. 67.PDF |
| 360 | Electrolux - Dep Exhibits\Pl Ex. 68.PDF |
| 368 | Electrolux - Dep Exhibits\Pl Ex. 91.PDF |
| 369 | Electrolux - Dep Exhibits\Pl Ex. 92.PDF |
| 370 | Electrolux - Dep Exhibits\Pl Ex. 93.PDF |
| 371 | Electrolux - Depositions\Brian Ripley Deposition Transcript (00266976).PDF |
| 372 | Electrolux - Depositions\Brian Ripley Deposition Transcript 7-24-13.PDF |
| 373 | Electrolux - Depositions\Carl King - 3.26.13 Deposition Transcript.pdf |
| 374 | Electrolux - Depositions\Carl King Transcript 9-6-13.pdf |
| 375 | Electrolux - Depositions\Danny Jerome Deposition Transcript 8-27-13.pdf |
| 376 | Electrolux - Depositions\Edward Anderson Transcript 8-9-13.PDF |
| 377 | Electrolux - Depositions\James Allison Deposition.pdf |
| 378 | Electrolux - Depositions\Michelle McGowan Deposition - 4-15-13.PDF |
| 379 | Electrolux - Depositions\Peter Patrou Deposition Transcript 8-8-13.PDF |
| 380 | Electrolux - Depositions\Ricklefs, Michael 3-27-13 (00271384).PDF |
| 381 | Electrolux - Depositions\Shawn Hayes Deposition Transcript.pdf |
| 382 | Electrolux - Depositions\Steve Gavic Deposition Transcript 10-1-13.PDF |
| 383 | Electrolux - Depositions\Steven Brown Deposition Transcript.pdf |
| 384 | Electrolux - Depositions\Tammie Humphrey Deposition Transcript.pdf |
| 385 | Electrolux - Depositions\William Humphrey Deposition.pdf |
| 386 | Financials\Electrolux-Annual-Report-2004-English.pdf |
| 387 | Financials\Electrolux-Annual-Report-2005-English.pdf |
| 388 | Financials\Electrolux-Annual-Report-2006-English.pdf |
| 389 | Financials\Electrolux-Annual-Report-2007-Part1-English.pdf |
| 390 | Financials\Electrolux-Annual-Report-2007-Part2-English.pdf |
| 391 | Financials\Electrolux-Annual-Report-2008-Part1-English.pdf |
| 392 | Financials\Electrolux-Annual-Report-2008-Part2-English.pdf |
| 393 | Financials\Electrolux-Annual-Report-2009-Part1-English.pdf |
| 394 | Financials\Electrolux-Annual-Report-2009-Part2-English.pdf |
| 395 | Financials\Electrolux-Annual-Report-2010-Part1-2-English.pdf |
| 396 | Financials\Electrolux-Annual-Report-2011.pdf |
| 397 | Financials\Electrolux-Annual-Report-2012.pdf |
| 405 | New York Pleadings (McGowan)\DKT 10- Lt to Court of Parties Agreement.pdf |
| 406 | New York Pleadings (McGowan)\DKT 16 - Amended Complaint.pdf |
| 407 | New York Pleadings (McGowan)\DKT 17- Notice of Motion to Stay on Behalf of D |
| 408 | New York Pleadings (McGowan)\DKT 17-1- Memo in Supportion of D's Motion to Stay.pdf |
| 409 | New York Pleadings (McGowan)\DKT 17-2- Affidavit of Stalzer.pdf |
| 410 | New York Pleadings (McGowan)\DKT 17-3- Exhibit 1.pdf |
| 411 | New York Pleadings (McGowan)\DKT 17-4- Exhibit 2.pdf |
| 412 | New York Pleadings (McGowan)\DKT 17-5- Exhibit 3.pdf |

# EXHIBIT A: Electrolux Class Action Litigation; DOCUMENTS

| Ref | Description |
|---|---|
| 413 | New York Pleadings (McGowan)\DKT 17-6- Exhibit 4.pdf |
| 414 | New York Pleadings (McGowan)\DKT 18- Ltr to Court of Parties Agreement.pdf |
| 415 | New York Pleadings (McGowan)\DKT 2- Notice of Related Case.pdf |
| 416 | New York Pleadings (McGowan)\DKT 20- Ltr to Court re case management.pdf |
| 417 | New York Pleadings (McGowan)\DKT 21- Opposition to Motion to Stay.pdf |
| 418 | New York Pleadings (McGowan)\DKT 22- Second Amended Complaint.pdf |
| 419 | New York Pleadings (McGowan)\DKT 23- Proposed Scheduling Order.pdf |
| 420 | New York Pleadings (McGowan)\DKT 27- Answer of D to 2nd Amended Complaint.pdf |
| 421 | New York Pleadings (McGowan)\DKT 28- Joint Motion for Entry of PO.pdf |
| 422 | New York Pleadings (McGowan)\DKT 29- Proposed Stipulated Protective Order.pdf |
| 423 | New York Pleadings (McGowan)\DKT 3- Notice.pdf |
| 424 | New York Pleadings (McGowan)\DKT 30- Proposed Joint Civil Case Management Plan.pdf |
| 425 | New York Pleadings (McGowan)\DKT 31- Joint Civil Case Management Plan.pdf |
| 426 | New York Pleadings (McGowan)\DKT 32- Notice of Motion to Admit Counsel Pro Hac Vice.pdf |
| 427 | New York Pleadings (McGowan)\DKT 34- Stipulation for Transfer of Action Pursuant to 28 U.S.C. Section 1404(a).pdf |
| 428 | New York Pleadings (McGowan)\DKT 35- Order for Transfer of Action Pursuant to 28 U.S.C. Section 1404(a).pdf |
| 429 | New York Pleadings (McGowan)\DKT 37 - Notice of Receipt of Case Transferred.pdf |
| 430 | New York Pleadings (McGowan)\DKT 38 - Notice to Parties of Court-Directed ADR Program.pdf |
| 431 | New York Pleadings (McGowan)\DKT 39 - Notice of Pro Hac Vice Application and Filing Fee Due - Crueger.pdf |
| 432 | New York Pleadings (McGowan)\DKT 40 - Notice of Pro Hac Vice application and Filing Fee Due - Dickinson.pdf |
| 433 | New York Pleadings (McGowan)\DKT 41 - Notice of Pro Hac Vice Application and Filing Fee Due - Silvey.pdf |
| 434 | New York Pleadings (McGowan)\DKT 42 - Notice of Pro Hac Vice Application and Filing Fee Due - Fearon.pdf |
| 435 | New York Pleadings (McGowan)\DKT 43 - Notice of Pro Hac Vice Application and Filing Fee Due - Leader.pdf |
| 436 | New York Pleadings (McGowan)\DKT 44 - Notice of Pro Hac Vice Application and Filing Fee Due - Richards.pdf |
| 437 | New York Pleadings (McGowan)\DKT 45 - Notice of Pro Hac Vice Application and Filing Fee Due - Duffy.pdf |
| 438 | New York Pleadings (McGowan)\DKT 46 - Standing Order.pdf |
| 439 | New York Pleadings (McGowan)\DKT 47- Notice of Related Case.pdf |
| 440 | New York Pleadings (McGowan)\DKT 47-1- Exhibit A Proposed Order for Transfer of Action.pdf |
| 441 | New York Pleadings (McGowan)\DKT 48- P's Notice of Association of Counsel.pdf |
| 442 | New York Pleadings (McGowan)\DKT 49- Order Re Transfer Pursuant to General Order 08-05.pdf |
| 443 | New York Pleadings (McGowan)\DKT 5- Scheduling Order.pdf |
| 444 | New York Pleadings (McGowan)\DKT 50- Notice to Counsel.pdf |
| 445 | New York Pleadings (McGowan)\DKT 51- Application of Non-Resident Attorney to Appear in a Specific Case - Duffy.pdf |
| 446 | New York Pleadings (McGowan)\DKT 52- Application of Non-Resident Attorney to Appear in a Specific Case - Fearon.pdf |
| 447 | New York Pleadings (McGowan)\DKT 53- Order Granting Pro Hac Vice - Fearon.pdf |
| 448 | New York Pleadings (McGowan)\DKT 54- Order Granting Pro Hac Vice - Duffy.pdf |
| 449 | New York Pleadings (McGowan)\DKT 55- Order Setting Scheduling Conference.pdf |
| 450 | New York Pleadings (McGowan)\Joint Motion to Transfer Venue (00266292).rtf |
| 451 | New York Pleadings (McGowan)\Memorandum in Support of Motion to Transfer Venue (00266979-2).docx |
| 452 | New York Pleadings (McGowan)\Proposed Order on Joint Motion to Transfer (00266349).rtf |
| 453 | New York Pleadings (McGowan)\Transcript of Hearing on Defendant's Motion to Stay (00249374).pdf |
| 454 | NewDocs 100813\BRANDSMART - electrolux litigation spread sheet FAB.xlsx |
| 455 | NewDocs 100813\BRANDSMART - electrolux litigation spread sheet.xlsx |
| 456 | NewDocs 100813\BRANDSMART FAB1.xlsx |
| 457 | NewDocs 100813\CONNS APPLIANCES - Bates Numbers CONNrob 000001-000007.pdf |
| 458 | NewDocs 100813\CONNS APPLIANCES - Bates Numbers CONNrob 000001-000007.xlsx |
| 459 | NewDocs 100813\EHP DIRECT - Elux dryer sales 2000-2013 AJF mod.xlsx |
| 460 | NewDocs 100813\EHP DIRECT - Elux dryer sales 2000-2013 FAB.xlsx |
| 461 | NewDocs 100813\EHP DIRECT - Elux dryer sales 2000-2013.xlsx |
| 462 | NewDocs 100813\HH GREGG.pdf |
| 463 | NewDocs 100813\REX - FRI Dryers Jan 00 - July 09 FAB.xlsx |
| 464 | NewDocs 100813\REX - FRI Dryers Jan 00 - July 09.xlsx |
| 465 | NewDocs 100813\SEARS - Laundry Centers - line 4 - all receipts report.pdf |
| 466 | NewDocs 100813\SEARS - Laundry Centers - line 4 - all receipts report.xlsx |
| 467 | NewDocs 100813\SEARS - Laundry Centers - line 4 - all sales report.pdf |
| 468 | NewDocs 100813\SEARS - Laundry Centers - line 4 - all sales report.xlsx |
| 469 | NewDocs 100813\SEARS - White_Consolidated_ Dryers - line 2 - all Receipts report.pdf |
| 470 | NewDocs 100813\SEARS - White_Consolidated_ Dryers - line 2 - all Receipts report.xlsx |
| 471 | NewDocs 100813\SEARS - White_Consolidated_ Dryers - line 2 - all sales_report.pdf |
| 472 | NewDocs 100813\SEARS - White_Consolidated_ Dryers - line 2 - all sales_report.xlsx |

# EXHIBIT A: Electrolux Class Action Litigation; DOCUMENTS

| Ref | Description |
| --- | --- |
| 473 | NewDocs 101813\Roberts - (final) Responses to Plaintiffs_ Second Set of Interrogatories....pdf |
| 474 | NewDocs 101813\EHP_HUM_00364986\EHP_HUM_00364986\Data\Vol001.dat |
| 475 | NewDocs 101813\EHP_HUM_00364986\EHP_HUM_00364986\Data\Vol001.dii |
| 476 | NewDocs 101813\EHP_HUM_00364986\EHP_HUM_00364986\Data\Vol001.opt |
| 477 | NewDocs 101813\EHP_HUM_00364986\EHP_HUM_00364986\Data\Vol001.txt |
| 478 | NewDocs 101813\EHP_HUM_00364986\EHP_HUM_00364986\Images\EHP_HUM_00364986.tif |
| 479 | NewDocs 101813\EHP_HUM_00364986\EHP_HUM_00364986\Images\EHP_HUM_00364986.txt |
| 480 | NewDocs 101813\EHP_HUM_00364986\EHP_HUM_00364986\Natives\EHP_HUM_00364986.xlsx |
| 481 | NewDocs 101813\EHP_HUM_00364986\EHP_HUM_00364986\Text\EHP_HUM_00364986.txt |
| 482 | Sales Data\EHP_HUM_00254106.xlsx |
| 483 | SCR Reports\EHP_HUM_00297704.xlsm |
| 484 | SCR Reports\EHP_HUM_00297705.xlsm |
| 485 | SCR Reports\EHP_HUM_00297706.xlsm |
| 486 | SCR Reports\EHP_HUM_00297707.xlsm |
| 487 | SCR Reports\EHP_HUM_00297708.xlsm |
| 488 | SCR Reports\EHP_HUM_00297709.xlsm |
| 489 | SCR Reports\EHP_HUM_00297710.xlsm |
| 490 | SCR Reports\EHP_HUM_00297711.xlsm |
| 491 | SCR Reports\EHP_HUM_00297712.xlsm |
| 492 | SCR Reports\EHP_HUM_00297713.xlsm |
| 493 | SCR Reports\EHP_HUM_00297714.xlsm |
| 494 | SCR Reports\EHP_HUM_00297715.xlsm |
| 495 | SCR Reports\EHP_HUM_00297716.xlsm |
| 496 | SCR Reports\EHP_HUM_00297717.xlsm |
| 497 | SCR Reports\EHP_HUM_00297718.xlsm |
| 498 | SCR Reports\EHP_HUM_00297719.xlsm |
| 509 | SCR Reports\EHP_HUM_00297730.xlsm |
| 510 | SCR Reports\EHP_HUM_00297731.xlsm |
| 511 | SCR Reports\EHP_HUM_00297732.xlsm |
| 512 | SCR Reports\EHP_HUM_00297733.xlsm |
| 513 | SCR Reports\EHP_HUM_00297734.xlsm |
| 514 | SCR Reports\EHP_HUM_00297735.xlsm |
| 515 | SCR Reports\EHP_HUM_00297736.xlsm |
| 516 | SCR Reports\EHP_HUM_00297737.xlsm |
| 517 | SCR Reports\EHP_HUM_00297738.xlsm |
| 518 | SCR Reports\EHP_HUM_00297739.xlsm |
| 519 | SCR Reports\EHP_HUM_00297740.xlsm |
| 520 | SCR Reports\EHP_HUM_00297741.xlsm |
| 521 | SCR Reports\EHP_HUM_00297742.xlsm |
| 522 | SCR Reports\EHP_HUM_00297743.xlsm |
| 523 | SCR Reports\EHP_HUM_00297744.xlsm |
| 524 | SCR Reports\EHP_HUM_00297746.xlsm |
| 525 | SCR Reports\EHP_HUM_00297747.xlsm |
| 526 | SCR Reports\EHP_HUM_00297748.xlsm |
| 527 | SCR Reports\EHP_HUM_00297749.xlsm |
| 528 | SCR Reports\EHP_HUM_00297750.xlsm |
| 529 | SCR Reports\EHP_HUM_00297751.xlsm |
| 530 | SCR Reports\EHP_HUM_00297752.xlsm |
| 531 | SCR Reports\EHP_HUM_00297753.xlsm |
| 532 | SCR Reports\EHP_HUM_00297754.xlsm |
| 533 | SCR Reports\EHP_HUM_00297755.xlsm |
| 534 | SCR Reports\EHP_HUM_00297756.xlsm |
| 535 | SCR Reports\EHP_HUM_00297757.xlsm |
| 546 | SCR Reports\EHP_HUM_00297768.xlsm |
| 547 | SCR Reports\EHP_HUM_00297769.xlsm |
| 548 | SCR Reports\EHP_HUM_00297770.xlsm |
| 549 | SCR Reports\EHP_HUM_00297771.xlsm |
| 550 | SCR Reports\EHP_HUM_00297772.xlsm |
| 551 | SCR Reports\EHP_HUM_00297773.xlsm |
| 552 | SCR Reports\EHP_HUM_00297774.xlsm |
| 553 | SCR Reports\EHP_HUM_00297775.xlsm |
| 554 | SCR Reports\EHP_HUM_00297776.xlsm |
| 555 | SCR Reports\EHP_HUM_00297777.xlsm |
| 556 | SCR Reports\EHP_HUM_00297778.xlsm |
| 557 | SCR Reports\EHP_HUM_00297779.xlsm |
| 558 | SCR Reports\EHP_HUM_00297780.xlsm |
| 559 | SCR Reports\EHP_HUM_00297781.xlsm |
| 560 | SCR Reports\EHP_HUM_00297782.xlsm |
| 561 | SCR Reports\EHP_HUM_00297783.xlsm |
| 562 | SCR Reports\EHP_HUM_00297784.xlsm |
| 563 | SCR Reports\EHP_HUM_00297785.xlsm |
| 564 | SCR Reports\EHP_HUM_00297786.xlsm |
| 565 | SCR Reports\EHP_HUM_00297787.xlsm |
| 566 | SCR Reports\EHP_HUM_00297788.xlsm |

# EXHIBIT A: Electrolux Class Action Litigation; DOCUMENTS

| Ref | Description |
|---|---|
| 567 | SCR Reports\EHP_HUM_00297789.xlsm |
| 568 | SCR Reports\EHP_HUM_00297790.xlsm |
| 569 | SCR Reports\EHP_HUM_00297791.xlsm |
| 570 | SCR Reports\EHP_HUM_00297792.xlsm |
| 571 | SCR Reports\EHP_HUM_00297793.xlsm |
| 572 | SCR Reports\EHP_HUM_00297794.xlsm |
| 583 | SCR Reports\EHP_HUM_00297805.xlsm |
| 584 | SCR Reports\EHP_HUM_00297806.xlsm |
| 585 | SCR Reports\EHP_HUM_00297807.xlsm |
| 586 | SCR Reports\EHP_HUM_00297808.xlsm |
| 587 | SCR Reports\EHP_HUM_00297809.xlsm |
| 588 | SCR Reports\EHP_HUM_00297810.xlsm |
| 589 | SCR Reports\EHP_HUM_00297811.xlsm |
| 590 | SCR Reports\EHP_HUM_00297812.xlsm |
| 591 | SCR Reports\EHP_HUM_00297813.xlsm |
| 592 | SCR Reports\EHP_HUM_00297814.xlsm |
| 593 | SCR Reports\EHP_HUM_00297815.xlsm |
| 594 | SCR Reports\EHP_HUM_00297816.xlsm |
| 595 | SCR Reports\EHP_HUM_00297817.xlsm |
| 596 | SCR Reports\EHP_HUM_00297818.xlsm |
| 597 | SCR Reports\EHP_HUM_00297819.xlsm |
| 598 | SCR Reports\EHP_HUM_00297820.xlsm |
| 599 | SCR Reports\EHP_HUM_00297821.xlsm |
| 600 | SCR Reports\EHP_HUM_00297822.xlsm |
| 601 | SCR Reports\EHP_HUM_00297823.xlsm |
| 602 | SCR Reports\EHP_HUM_00297824.xlsm |
| 603 | SCR Reports\EHP_HUM_00297825.xlsm |
| 604 | SCR Reports\EHP_HUM_00297826.xlsm |
| 605 | SCR Reports\EHP_HUM_00297827.xlsm |
| 606 | SCR Reports\EHP_HUM_00297828.xlsm |
| 607 | SCR Reports\EHP_HUM_00297829.xlsm |
| 608 | SCR Reports\EHP_HUM_00297830.xlsm |
| 609 | SCR Reports\EHP_HUM_00297831.xlsm |
| 620 | SCR Reports\EHP_HUM_00297842.xlsm |
| 621 | SCR Reports\EHP_HUM_00297843.xlsm |
| 622 | SCR Reports\EHP_HUM_00297844.xlsm |
| 623 | SCR Reports\EHP_HUM_00297845.xlsm |
| 624 | SCR Reports\EHP_HUM_00297846.xlsm |
| 625 | SCR Reports\EHP_HUM_00297847.xlsm |
| 626 | SCR Reports\EHP_HUM_00297848.xlsm |
| 627 | SCR Reports\EHP_HUM_00297849.xlsm |
| 628 | SCR Reports\EHP_HUM_00297850.xlsm |
| 629 | SCR Reports\EHP_HUM_00297851.xlsm |
| 630 | SCR Reports\EHP_HUM_00297852.xlsm |
| 631 | SCR Reports\EHP_HUM_00297853.xlsm |
| 632 | SCR Reports\EHP_HUM_00297854.xlsm |
| 633 | SCR Reports\EHP_HUM_00297855.xlsm |
| 634 | SCR Reports\EHP_HUM_00297856.xlsm |
| 635 | SCR Reports\EHP_HUM_00297857.xlsm |
| 636 | SCR Reports\EHP_HUM_00297858.xlsm |
| 637 | SCR Reports\EHP_HUM_00297859.xlsm |
| 638 | SCR Reports\EHP_HUM_00297860.xlsm |
| 639 | SCR Reports\EHP_HUM_00297861.xlsm |
| 640 | SCR Reports\EHP_HUM_00297862.xlsm |
| 641 | SCR Reports\EHP_HUM_00297863.xlsm |
| 642 | SCR Reports\EHP_HUM_00297864.xlsm |
| 643 | SCR Reports\EHP_HUM_00297865.xlsm |
| 644 | SCR Reports\EHP_HUM_00297866.xlsm |
| 645 | SCR Reports\EHP_HUM_00297867.xlsm |
| 646 | SCR Reports\EHP_HUM_00297868.xlsm |
| 657 | SCR Reports\EHP_HUM_00297879.xlsx |
| 658 | SCR Reports\EHP_HUM_00297880.xlsx |
| 659 | SCR Reports\EHP_HUM_00297881.xlsx |
| 660 | SCR Reports\EHP_HUM_00297882.xlsx |
| 661 | SCR Reports\EHP_HUM_00297883.xlsx |
| 662 | SCR Reports\EHP_HUM_00297884.xlsx |
| 663 | SCR Reports\EHP_HUM_00297885.xlsx |
| 664 | SCR Reports\EHP_HUM_00297886.xlsx |
| 665 | SCR Reports\EHP_HUM_00297887.xlsx |
| 666 | SCR Reports\EHP_HUM_00297888.xlsx |
| 667 | SCR Reports\EHP_HUM_00297889.xlsx |
| 668 | SCR Reports\EHP_HUM_00297890.xlsm |
| 669 | SCR Reports\EHP_HUM_00297891.xlsx |
| 670 | SCR Reports\EHP_HUM_00297892.xlsx |

# EXHIBIT A: Electrolux Class Action Litigation; DOCUMENTS

| Ref | Description |
| --- | --- |
| 671 | SCR Reports\EHP_HUM_00297893.xlsx |
| 672 | SCR Reports\EHP_HUM_00297894.xlsx |
| 673 | SCR Reports\EHP_HUM_00297895.xlsx |
| 674 | SCR Reports\EHP_HUM_00297896.xlsx |
| 675 | SCR Reports\EHP_HUM_00297897.xlsx |
| 676 | SCR Reports\EHP_HUM_00297898.xlsx |
| 677 | SCR Reports\EHP_HUM_00297899.xlsx |
| 678 | SCR Reports\EHP_HUM_00297900.xlsx |
| 679 | SCR Reports\EHP_HUM_00297901.xlsx |
| 680 | SCR Reports\EHP_HUM_00297902.xlsx |
| 681 | SCR Reports\EHP_HUM_00297903.xlsx |
| 682 | SCR Reports\EHP_HUM_00297904.xlsx |
| 683 | SCR Reports\EHP_HUM_00297905.xlsx |
| 694 | SCR Reports\EHP_HUM_00297916.xlsx |
| 695 | SCR Reports\EHP_HUM_00297917.xlsx |
| 696 | SCR Reports\EHP_HUM_00297918.xlsx |
| 697 | SCR Reports\EHP_HUM_00297919.xlsx |
| 698 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299397.xlsx |
| 699 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299398.xlsx |
| 700 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299399.xlsx |
| 701 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299400.xlsx |
| 702 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299401.xlsx |
| 703 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299402.xlsx |
| 704 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299403.xlsx |
| 705 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299404.xlsx |
| 706 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299405.xlsx |
| 707 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299406.xlsx |
| 708 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299407.xlsx |
| 709 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299408.xlsx |
| 710 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299409.xlsx |
| 711 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299410.xlsx |
| 712 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299411.xlsx |
| 713 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299412.xlsx |
| 714 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299413.xlsx |
| 715 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299414.xlsx |
| 716 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299415.xlsx |
| 717 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299416.xlsx |
| 718 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299417.xlsx |
| 719 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299418.xlsx |
| 720 | Warranty Spreadsheets - Complete Set\EHP_HUM_00299419.xlsx |
| 721 | Ex 1 - Settlement Agreement.pdf |
| 722 | Expert Report of Dr. van Schoor, October 22, 2013.pdf |
| 723 | Qualtrics Survey Results - 10/18/2013 |
| 724 | FEMA Report |
| 725 | Expert Report of Carol Pollack-Nelson, Ph.D., October 22, 2013.pdf |
| 726 | Recall Effectiveness Research: A Review and Summary of the Literature on Consumer Motivation and Behavior |
| 727 | 090313 Sears - Product Options w Warranty.pdf |
| 728 | Product Recall, GWULS, K. McDonald.pdf |
| 729 | FDA Recall Effectiveness Results.xlsx |
| 730 | USGAO - Medical Devices, FDA Recall Oversight article.pdf |

# Frank Bernatowicz
Managing Principal

**FAB GROUP, INC.**
RESULTS



P: (312) 650-5250
F: (312) 650-5286
C: (630) 888-4290
fab@fabgrp.com

400 E. Randolph
Suite 720
Chicago, IL 60601
www.fabgrp.com

Frank is the Founder and Managing Principal of FAB Group, Inc., a financial advisory services firm.

**Professional experience**
Prior to forming FAB Group, Inc., Frank was the Founder and Managing Principal of FAB Advisory Services, LLC (acquired by Huron Consulting), where he provided litigation consulting and expert witness testimony, financial advisory services for companies and creditors in connection with reorganization and/or bankruptcy proceedings, turnaround consulting and interim management services, as well as general financial advisory work for troubled companies.

During his career, Frank was influential in advancing litigation consulting in the Chicago market by forming Ernst & Whinney's first stand-alone litigation consulting practice in 1985 and subsequently held senior regional and national leadership positions at the successor firm, Ernst & Young, for over 12 years. In addition, Frank was the founder of the Chicago office of Jay Alix & Associates, an internationally recognized turnaround consulting firm. He has also held senior leadership positions at PriceWaterhouseCoopers and BDO Seidman prior to forming his own firm.

Frank has extensive experience in the areas of finance, accounting, valuation, and engineering. He regularly serves as an expert witness and has substantial testimony experience in federal and state courts, as well as arbitration and mediation proceedings. Frank has served as a damages expert for over 25 years in federal and state courts on more than 400 engagements. He has vast experience in arbitration and mediation matters and has served as a court appointed expert on financial and damages matters in various jurisdictions.

Representative examples of Frank's engagement experience include:

*Litigation Consulting and Expert Testimony*
Analysis and testimony on accounting, financial and economic issues over a broad range of industries including pharmaceutical, medical products, automotive, utility, construction, real estate, manufacturing, government, transportation, financial services and others related to a wide range of disputes including:

- *Intellectual property disputes* involving patent infringement, trade secrets, false advertisement, trade dress, copyright and royalty disputes
- *Construction disputes* including breach of contract, delay, lost productivity and other claims
- *Insurance claim disputes* involving business interruption, property and casualty, extra expense, directors and officers and other claims
- *Post acquisition disputes* involving price disagreements and performance issues
- *Breach of contract* matters including performance, payment, delay, termination and other issues
- *Other types of disputes* including legal and accounting malpractice, condemnation, marital dissolution, environmental claims and others
- *Arbitrator and mediator services* to a wide range of entities and industries

*Financial Recovery Services*
- *Fraudulent conveyance analysis* and testimony
- *Preference payment analysis*
- *Creditor recovery services* (Ch. 7 and Ch. 11)
- *Debtor advisory services* (Ch. 7 and Ch. 11) including plans of reorganization and strategic planning
- *Crisis management* for troubled developments, projects, plants and corporations

*Commercial Fraud Investigations*
- *SEC related inquiries and investigations*
- *Breach of fiduciary responsibility investigations*
- *Accounting irregularity investigations*

**Education and certifications**
- MBA, Loyola University
- Bachelor of Science in Electrical Engineering, University of Illinois
- Certified Public Accountant (CPA)
- Registered Professional Engineer (PE)

**Professional associations**
- Illinois CPA Society
- American Institute of Certified Public Accountants
- National Society of Professional Engineers
- Turnaround Management Association
- Licensing Executives Society