# Exhibit 1
## Part III

*Roberts, et al. v. Electrolux Home Products, Inc.*

No. SACV12-1644-CAS(VBKx)

Declaration of Edward A. Wallace in Support of Class Counsel's Application for Attorneys' Fees and Expenses and for Service Awards

EX C

# FRANK BERNATOWICZ
## EXPERT TESTIMONY ON SELECTED LITIGATION MATTERS

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 1 | Flo-Rite v. Wisconsin Pharmacal (c) | Trial | George Grumley Rudnick & Wolfe |
| 2 | City of Detroit (c) v. Sisters of Mercy Health Corporation | Deposition, Mediation | Plunkett & Cooney Bill Brodhead |
| 3 | Prozeralik v. Capital Cities (c) | Trial | Andrea Moore Jaeckle, Fleischmann & Mugel |
| 4 | Prudential Insurance Co. (c) & Nippon Life v. Turner Construction Co. | Deposition, Mediation | Bill Campbell Rudnick & Wolfe |
| 5 | O'Brien Corp. (c) v. National Union Insurance Co. | Deposition, Mediation | Werner Powers Haynes & Boone |
| 6 | Aardvark Art v. Lehigh Press (c) | Depositions, Trial | Phil Kircher Schnader, Harrison, Segal & Lewis |
| 7 | CTS Corp. v. Raytheon (c) | Deposition | Rowe Snider Lord, Bissell & Brook |
| 8 | John R. Walker Co. v. Zimpro (c) | Arbitration | Tim Thornton Greensfelder, Hemker, Gale, Weiss & Chappelow |
| 9 | Hughes Masonry, Inc. v. Geupel DeMars (c) | Deposition | Alan Lobley Ice, Miller, Donadio & Ryan |
| 10 | Park Plaza Developers v. Geupel DeMars (c) | Arbitration | Alan Lobley Ice, Miller, Donadio & Ryan |
| 11 | B&I Mechanical Contractors v. Geupel DeMars (c) | Arbitration | Alan Lobley Ice, Miller, Donadio & Ryan |
| 12 | BASF v. Old World Trading Co. (c) v. Dearborn | Deposition | Mark Ferguson Bartlitt, Beck, Herman, Palenchar & Scott |
| 13 | CG&E, DP&L & C&SOE v. GE (c) | Deposition, Trial | Bill Gordon Mayer, Brown & Platt |

## TESTIMONY ON SELECTED LITIGATION MATTERS

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 14 | U.S. Industries (c) v. F. Browne Gregg | Trial | Bill Sondericker Carter, Ledyard & Milburn |
| 15 | Great Midwest Savings & Loan (c) v. Hometown, Inc. | Trial | Roger Weede Vlasak, Rosenbaum, Weede & Britton |
| 16 | Metaullics v. MMEI (c) | Trial | Ron Isroff Ulmer & Berne |
| 17 | Metaullics v. MMEI (c) | Deposition, Trial | Ron Isroff Ulmer & Berne |
| 18 | Lor-Al (c) v. Ag-Chem | Deposition | Mark Wine Oppenheimer, Wolff & Donnelly |
| 19 | Sealed Air, Inc. v. Northern Instruments (c) | Deposition | David Bishop Oppenheimer, Wolff & Donnelly |
| 20 | Axxess Entry Technologies v. Hill, Van Santen, Steadman & Simpson (c) | Deposition | Jim Nolan Clausen, Miller, Gorman, Caffrey & Witous |
| 21 | Farrall Instruments v. Ward, Lalos, Leeds, Keegan, & Lett (c) | Deposition | Jim White Welsh & Katz |
| 22 | Wells Fargo v. Pullman Construction Co. (c) | Trial | Don Zazove Tobin & Zazove |
| 23 | Forum Insurance Co. (c) v. Magnant Re Intermediaries | Deposition | Don Flayton Wildman, Harrold, Allen & Dixon |
| 24 | Illinois Central v. Alternative Transportation System (c) | Deposition | Mark Devane Menges, Millus |
| 25 | Intamin v. Figley Wright (c) | Deposition | Michael Wagner Baker & McKenzie |
| 26 | Shambaugh Electric v. Fairfield Engineering Co. (c) | Deposition | Norman Barry Baker & McKenzie |
| 27 | Driscoll/Newgard (c) v. Metro Fair & Expo. Authority | Trial | Don O'Brien O'Brien, O'Rourke, Hogan & McNulty |

## TESTIMONY ON SELECTED LITIGATION MATTERS

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 28 | Farm Fuels v. Grain Processing Corp. (c) | Trial | Henry Harmon<br>Grefe & Sidney |
| 29 | Recon Optical v. Ragnar Benson (c) | Deposition | Bill Campbell<br>Rudnick & Wolfe |
| 30 | Industrial First, Inc. v. Stein & Co. (c) | Arbitration | Stan Adelman<br>Rudnick & Wolfe |
| 31 | Warner Bros. v. County of DuPage (c) | Trial | Chuck Hoppe<br>Knight, Hoppe & Fanning |
| 32 | Armstrong Foods (c) v. Rose Foregrove | Deposition | Chuck Bergen<br>Grippo & Elden |
| 33 | Weyerhauser v. Structural Wood Corp. (c) | Deposition | Peter Tolley<br>Tolley, Fisher & Verwys |
| 34 | Sylvester Sales Company (c) v. Anoka Electric Co. | Trial | Jerry Rice<br>Rice & Heikes |
| 35 | Illinois Bell v. Garrett & West (c) | Deposition | Tom Lucas<br>Peterson & Ross |
| 36 | Laguna Hills Water Co. v. VSL (c) | Deposition | Jay Seashore<br>Haight, Dixon, Brown & Bonesteel |
| 37 | S&S Enterprises v. U.S. Air Force (c) | Deposition | Herb Lyons<br>U.S. Air Force |
| 38 | Warner Bros. v. City of Bensenville (c) | Deposition | Bill Mahoney<br>Segal, McCambridge, Singer & Mahoney |
| 39 | David Engineering (c) v. Bartholomew Consolidated School Corp. | Arbitration | Gary Dankert<br>Ice, Miller, Donadio & Ryan |
| 40 | Carolyn Jordan & Associates v. DelRicco Bros. Construction Co. (c) | Trial | Don O'Brien<br>O'Brien, O'Rourke, Hogan & McNulty |

## TESTIMONY ON SELECTED LITIGATION MATTERS

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 41 | Dayton Hudson v. Great Lakes Dredge & Dock (c) & City of Chicago | Deposition | Doug Reimer McDermott Will & Emery |
| 42 | Sara Creek v. Great Lakes Dredge & Dock (c) & City of Chicago | Deposition | Doug Reimer McDermott Will & Emery |
| 43 | Helmsley Spear v. Great Lakes Dredge & Dock (c) & City of Chicago | Deposition | Doug Reimer McDermott Will & Emery |
| 44 | Filenes Basement v. Great Lakes Dredge & Dock (c) & City of Chicago | Deposition | Doug Reimer McDermott Will & Emery |
| 45 | Metcalf & Eddy (c) v. Puerto Rican Aqueduct & Sewerage Authority | Special Master Hearings | Peter Sipkins Dorsey & Whitney |
| 46 | Prudential Life & Nippon Life (c) v. Turner Construction Co. | Trial | Steve Harper Kirkland & Ellis |
| 47 | Dakota Gasification Co. v. Henry J. Kaiser, et al. (c) | Deposition | Werner Polak Shearman & Sterling |
| 48 | Raymond G. Tronzo (c) v. Biomet, Inc. | Depositions, Trial, | Robert Hackleman Gunster, Yoakley, Valdes-Fauli & Stewart |
| 49 | Johnstown America Corp. v. Trinity Industries, Inc. (c) | Trial | Bob Chiaviello Baker & Botts |
| 50 | G&K Services (c) v. Uniform Partners Corp. | Arbitration | Bill Mullin Maslon, Edelman, Borman & Brand |
| 51 | Van Kampen Merritt (c) v. SMP II Limited Partnership | Trial | Tim Eaton Coffield, Ungaretti & Harris |
| 52 | Rim Sales, Inc. v. Wilton Corporation (c) | Federal-Arbitration | Dan Sclessinger Lord, Bissell & Brook |

## TESTIMONY ON SELECTED LITIGATION MATTERS

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 53 | Echo Corporation (c) v. Power Tools | Deposition | Susan Rentschler Musada Funai Eifert & Mitchell, Ltd. |
| 54 | Black & Decker (c) v. The Coleman Company | Deposition | Ray Niro Niro, Scavone, Haller & Niro |
| 55 | University of Georgia Research Foundation (c) v. Kilpatrick & Cody | Deposition | Judy Butler University of Georgia Research Foundation |
| 56 | Fabrite Laminating Corporation v. Standard Textile Co., Inc. (c) | Trial | Bruce Tittel Wood, Herron & Evans |
| 57 | Lombard Construction Co. v. Chicago Housing Authority (c) | Deposition | Mark Friedlander Schiff, Hardin & Waite |
| 58 | Chicago Transit Authority (c) v. Insurers | Deposition | James O'Halloran O'Halloran, Lively & Walker |
| 59 | Colonial Guild (c) v. Matthews | Trial | Connis Brown Gunster, Yoakley, Valdes-Fauli & Stewart |
| 60 | Unofficial Creditors Committee of Alpha Tube (c) Re: Acme Metals Bankruptcy | Deposition | Dennis O'Dea Wolf, Block, Schorr and Solis-Cohen, LLP |
| 61 | Bradford Company (c) v. Jefferson Smurfit Corp. | Trial | Bruce Tittel Wood, Herron & Evans |
| 62 | Medtronic (c) v. St. Jude Medical | Arbitration | Bill Pentelovich Maslon, Edelman, Borman & Brand |
| 63 | Avery Dennison (c) v. Flexcon | Deposition | Joe Hosteny Niro, Scavone, Haller & Niro |
| 64 | Public Service of Indiana v. Hartford (c) | Mediation | Tom Keegan Robins, Kaplan, Miller & Ciresi |
| 65 | Edwardsville School District v. Sverdrup (c) | Deposition | Tim Thornton Greensfelder, Hemker & Gale |
| 66 | Charles S. Anderson v. Imagine Publishing (c) | Deposition | Rob Phillips Arnold, White & Durkee |

## TESTIMONY ON SELECTED LITIGATION MATTERS

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 67 | Ohio Medical Products (c) v. Johnson & Johnson | Deposition | Greg Ahrens Wood, Herron & Evans |
| 68 | Black & Decker (c) v. Catalina Lighting | Deposition | John Janka Niro, Scavone, Haller & Niro |
| 69 | 20th Century Plastics v. Univenture (c) | Arbitration | Bruce Tittel Wood, Herron & Evans |
| 70 | IBJ Schroder Bank & Trust (c) v. Cory & Associates, Inc. | Deposition | Frank Penski Nixon & Peabody |
| 71 | Avery Dennison (c) v. Ritrama | Deposition | Joe Hosteny Niro, Scavone, Haller & Niro |
| 72 | Amphenol (c) v. Centurion | Deposition | Steve Fallon Greer Burns & Crain |
| 73 | Alla Investors v. NCI (c) | Deposition, Trial | Michael Poulos Piper Marbury Rudnick & Wolfe |
| 74 | TSE v. Franklynn (c) | Deposition, Trial | Greg Ahrens Wood, Herron & Evans |
| 75 | Bucyrus-Erie creditors (c) v. Bucyrus-Erie, debtor | Deposition | Bruce Arnold Whyte Hirschboek & Dudek |
| 76 | Barbour v. Layne Christensen (c) | Deposition | Rob Adams Shook, Hardy & Bacon |
| 77 | Lawler (c) v. Bradley | Deposition | Art Stein Barnes & Thornburg |
| 78 | Avery Dennison (c) v. UCB | Deposition | Joe Hosteny Niro, Scavone, Haller & Niro |
| 79 | Hall v. American Pavers Manufacturing (c) | Deposition, Mediation | Connis Brown III Brown, Locurto & Robert |
| 80 | Shareholders v. AEG (c) | Deposition | David Schaffer Chapman & Cutler |

## TESTIMONY ON SELECTED LITIGATION MATTERS

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 81 | Bonzel (c) v. Boston Scientific | Mediation | Tom Burger Wood, Herron & Evans |
| 82 | Mopex (c) v. American Stock Exchange | Deposition | Brad Lyerla Wallenstein & Wagner |
| 83 | Ringland Johnson (c) v. CNA | Mediation | Mark Gravino Williams & McCarthy |
| 84 | Ringland Johnson (c) v. Zurich | Mediation | Mark Gravino Williams & McCarthy |
| 85 | Uno Heirs (c) v. Mattel | Depositions | Bruce Tittel Wood, Herron & Evans |
| 86 | Eazypower v. Vermont American (c) | Deposition | Tom Fitzsimmons Greer, Burns & Crain |
| 87 | Block Financial Corp. v. Yodlee, Inc. (c) | Deposition | David Barkan Fish & Richardson |
| 88 | TAAG/T.K. International, Inc. v. Roper Whitney of Rockford (c) | Deposition, Trial | Tom Boswell Hinshaw & Culbertson |
| 89 | McCook Metals creditors v. McCook Metals, debtor (c) | Deposition, Trial | Michael Desmond Figliulo & Silverman |
| 90 | American Equities Group - debtor (c) Re: Bankruptcy proceedings | Trial | Warren Graham Warshaw, Burstein Cohen Schlesinger & Kuh, LLP |
| 91 | Bristol-Myers Squibb & Sanofi-Synthelabo v. Apotex (c) | Depositions, Trial | Allen Bernstein Ceasar, Rivise, Bernstein, Cohen & Pokotilow, Ltd. |
| 92 | Tower Automotive (c) v. Lamb Technicon | Depositions | Dick Kay Varnum, Riddering, Schmidt & Howlett LLP |
| 93 | Veeco Instruments (c) v. Asylum Research | Deposition | Bruce Tittel Wood, Herron & Evans |
| 94 | Block Financial Corp. v. Yodlee (c) | Depostion | David Barkan Fish & Richardson, P.C. |

## TESTIMONY ON SELECTED LITIGATION MATTERS

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 95 | Access Technologies v. Pomeroy Computer Resources | Arbitration | Caldwell Lowrance<br>Bass Berry & Sims PLC |
| 96 | Roper Whitney of Rockford (c) v. Quality Hydraulics | Meditation | Marc Gravino<br>Williams & McCarthy |
| 97 | Hill's Pet Nutrition v. Nutro Products (c ) | Deposition, Trial | Dick Johnson<br>Blackwell Sanders Peper Martin LLC |
| 98 | Halo – debtor v. Starbelly.com (c) | Deposition | Michael Desmond<br>Figliulo & Silverman |
| 99 | Eaton Corporation v. Rockford Linear Actuation (c) | Mediation | Marc Gravino<br>Williams & McCarthy |
| 100 | Frazier v. Layne Christensen (c ) | Deposition | Dick Johnson<br>Blackwell Sanders Peper Martin LLC |
| 101 | Lurgi v. Adkins | Arbitration | Maynerd Steinberg<br>Lord Bissell & Brook |
| 102 | North Atlantic Trading Company v. Republic Tobacco | Deposition | Michael Kazan<br>Grippo & Elden |
| 103 | Royal Indemnity Company (c) v. Commercial Money Center, Inc. | Deposition, Trial | Richard Zuckerman<br>Sonnenschein Nath & Rosenthal, LLP |
| 104 | Novartis v. Apotex Corp. (c) | Hearing | Robert Silver<br>Ceasar, Rivise, Bernstein, Cohen & Pokotilow, Ltd. Caesar |
| 105 | Plastech Engineered Products, Inc. (c) v. Eisenmann Corp. | Deposition | John Wright<br>Jones Day |
| 106 | Cellularvision (c) v. Alltel Corporation | Deposition | Connis Brown<br>Brown Robert, LLP |
| 107 | Grand Pier Center, LLC (c) v. ATC Group Services, Inc., etal. | Deposition | Dan Murray<br>Johnson & Bell |
| 108 | Heartbilt (c) v. Timbercut | Mediation | Marc Gravino<br>Williams & McCarthy |

## TESTIMONY ON SELECTED LITIGATION MATTERS

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 109 | Unigene & Upsher-Smith v. Apotex Corp. | Deposition | Robert Silver<br>Ceasar, Rivise, Bernstein, Cohen & Pokotilow, Ltd. |
| 110 | Hanfield v. Nissan et al. | Deposition | Eric Acker<br>Morrison Foerster |
| 111 | IRS v. Rovakat | Trial | William Read Rankin<br>Rankin & Associates |
| 112 | Sensient v. Foley & Lardner | Deposition, Trial | Pete Silverman<br>Figliulo & Silverman |
| 113 | Wyeth & Altana v. SUN & TEVA | Deposition | Robert Breisblatt<br>Katten Muchin |
| 114 | APG v. Barnes & Thornburg | Deposition, Trial | William Johnson<br>Johnson & Bell |
| 115 | Heritage Christian v. Security Life of Denver | Deposition | Erin Dickinson<br>Hansen Riederer Dickinson Crueger |
| 116 | Cincinatti Insurance v. Albert | Deposition | Linda Polley<br>Hunt Suedhoff Kalamaros LLP |
| 117 | Whitserve v. CPI | Depositions | Gene Winter<br>St.St. Onge Steward Johnston & Reens LLC |
| 118 | UEI v. URC | Deposition, Trial | Chris Lee<br>Niro, Haller & Niro |
| 119 | Class Action v. Bally | Deposition | Amy Keller<br>Wexler Wallace |
| 120 | Lori Roberts v. Guggenheim | Deposition | Pete Silverman<br>Figliulo & Silverman |

# EXHIBIT 1
## CLASS BENEFITS VALUATION

| REF | DESCRIPTION | 2002-2013 L | 2002-2013 H | 2014-2022 L | 2014-2022 H | TOTAL L | TOTAL H | COMMENT |
|---|---|---|---|---|---|---|---|---|
|  | **I. DRYER CLEANING BENEFIT** | | | | | | | |
| 1 | Step 1 Estimated Number of performance issues | 791,413 | | | | | | Dryer Cleaning spreadsheet analysis by Dr. Marthinus van Schoor |
| 2 | Step 2 Dollar value per call | $100 | | | | | | Oral info. by Electrolux: Warranty DB @ $60/call x 1.5 (est) = $90 |
| 3 | Full Utilization Value | $ 79,141,297 | | | | | | Ref1 x Ref2 |
| 4 | Step 3 Claims Participation % | 10% | 20% | | | | | Estimate based on price, age, safety, pervasiveness, ease; various recall studies |
| 5 | Projected Utilization Range | $ 7,914,130 | $ 15,828,259 | | | $ 7,914,130 | $ 15,828,259 | Ref3 x Ref4 |
|  | | | | | | Projected Utilization Value: $ 11,871,195 | | |
|  | **II. FIRE DAMAGE BENEFIT** | | | | | | | |
| 6 | Step 1 Estimated number of lint related fires | 25,655 | | 11,597 | | | | Fire Incidence spreadsheet analysis by Dr. Marthinus van Schoor |
| 7 | Wholesale price of Electrolux dryer | 259 | | 259 | | | | FAB report (based on Electrolux sales data per defective dryers) |
| 8 | Markup | 41% | | 41% | | | | FAB report (based on 7 retail merchant mark-ups) |
| 9 | Step 2 Estimated dryer price at retail | 363 | | 363 | | | | Electrolux wholesale price + retail mark-up |
| 10 | Step 3 Less fires averted | - | | -2% | -1% | | | Ref1/(2013 dryers in service) x Ref7 X Ref19 |
| 11 | Full Utilization Value | $ 9,322,952 | | $ 4,136,100 | $ 4,175,197 | | | Ref6 x Ref9 x (1+Ref11) |
| 12 | Step 4 Claims Participation % | 50% | 65% | 50% | 65% | | | Estimate based on price, age, safety, pervasiveness, ease; various recall studies |
| 13 | Projected Utilization Range | $ 4,661,476 | $ 6,059,919 | $ 2,068,050 | $ 2,713,878 | $ 6,729,526 | $ 8,773,797 | Ref11 x Ref12 |
|  | | | | | | Projected Utilization Value: $ 7,751,662 | | |
|  | **III. SAFETY NOTICE BENEFIT** | | | | | | | |
| 14 | Step 1 Estimated number of lint related fires (less averted) | | | 11,489 | | | | Fire Incidence spreadsheet analysis by Dr. Marthinus van Schoor FEMA, TFRS Volume 13, Issue 7/Clothes Dryer Fires in Residential Buildings (2008-2010); 2010 $ |
| 15 | Dollar loss/fire (9) | | | $ 9,610 | | | | FEMA 2010$ adjusted to 2018; use 3% annual inflation |
| 16 | Step 2 Dollar loss/fire (10) @ 2018 dollars | | | $ 12,174 | | | | 30% remaining life (of 11 yrs) from Dryer Cleaning spreadsheet analysis by Dr. Marthinus van Schoor |
| 17 | Average remaining life (mo's) at end of 2013 | | | 40 | | | | |
| 18 | Total benefit months for cleaning/education (11) | | | 18 | | | | Estimate benefit months from 1 cleaning |
| 19 | Step 3 Cleaning benefit as % of remaining life | | | 45% | | | | Ref18 ÷ Ref17 |
| 20 | Full Utilization Value | | | $ 62,939,295 | | | | Ref14 x Ref16 X Ref19 |
| 21 | Step 4 Safety Notice Compliance | | | 20% | 30% | | | Estimate based on price, age, safety, pervasiveness, ease; various recall studies |
| 22 | Projected Utilization Range | | | $ 12,587,859 | $ 18,881,789 | $ 12,587,859 | $ 18,881,789 | Ref20 x Ref21 |
|  | | | | | | Projected Utilization Value: $ 15,734,824 | | |
| 23 | **VALUATION OF TOTAL BENEFITS** | | | | | $ 27,231,515 | $ 43,483,845 | |
|  | | | | | | Projected Utilization Value: $ 35,357,680 | | |

# Exhibit E

## *Roberts, et al. v. Electrolux Home Products, Inc.*
No. SACV12-1644-CAS (VBKx)

**Lodestar and Costs for Wexler Wallace, LLP**
(Inception through July 21, 2014)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Kenneth A. Wexler | 0.60 | 725.00 | $435.00 |
| Edward A. Wallace | 347.10 | 650.00 | $225,615.00 |
| Amy E. Keller | 1452.40 | 475.00 | $689,890.00 |
| Dawn M. Goulet | 1272.60 | 475.00 | $60,4485.00 |
| Catherine Howlett | 287.70 | 325.00 | $93,502.50 |
| Mark R. Miller | 39.00 | 575.00 | $22,425.00 |
| Aaron Chait | 25.20 | 400.00 | $10,080.00 |
| Amber Nesbitt | 10.40 | 575.00 | $5,980.00 |
| Renee Zipprich | 87.30 | 525.00 | $45,832.50 |
| Tim Jackson | 2.00 | 300.00 | $600.00 |
| Vanessa Romero | 856.15 | 150.00 | $128,422.50 |
| Ashtin Otto | 343.60 | 250.00 | $85,900.00 |
| Amy Sayre | 144.05 | 250.00 | $36,012.50 |
| Joo Young Koo | 68.00 | 200.00 | $13,600.00 |
| Kerri Feczko | 33.10 | 250.00 | $8,275.00 |
| Elsa D. Buss | 5.20 | 150.00 | $780.00 |
| Sara Rodriguez | 1.00 | 150.00 | $150.00 |
| | | | |
| Total Hours | 4,975.4 | **Total Lodestar** | $1,971,985.00 |

**Summary Expenses**
(Inception through July 21, 2014)

| | |
|---|---|
| Litigation Fund Assessments: | $172,000.00 |
| Copying: | $1,101.31 |
| Outside printing: | $3,829.97 |
| Telephone: | $1,084.70 |
| Online Research: | $8,792.08 |
| Delivery services/postage: | $2,330.48 |
| Travel/Meals: | $22,371.70 |
| Filing fees/other court fees: | $615.45 |
| Deposition transcripts: | $296.45 |
| Litigation support vendors: | $944.29 |
| Experts: | $28,732.50 |
| | |
| **Total Expenses:** | **$242,098.93** |

## *Roberts, et al. v. Electrolux Home Products, Inc.*
No. SACV12-1644-CAS (VBKx)

**Lodestar and Costs for Hansen Reynolds Dickinson Crueger, LLC**
(Inception through July 17, 2014)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Charles Crueger | 1,727.0 | $610.00 | $1,053,470.00 |
| Erin Dickinson | 1,868.7 | $610.00 | $1,139,907.00 |
| Timothy Hansen | 16.0 | $610.00 | $9,760.00 |
| John Shanahan | 0.7 | $325.00 | $227.50 |
| Mackenzie Erickson | 4.7 | $150.00 | $705.00 |
| Kaitlyn Reise | 64.7 | $150.00 | $9,705.00 |
|  |  |  |  |
| Total Hours | 3,681.80 | **Total Lodestar** | **$2,213,774.50** |

**Summary Expenses**
(Inception through July 17, 2014)

| | |
|---|---|
| Litigation Fund Contributions | $157,000 |
| Additional Expenses | $25,860.76 |
| | |
| **Total Expenses** | **$182, 860.76** |

## *Roberts, et al. v. Electrolux Home Products, Inc.*
No. SACV12-1644-CAS (VBKx)

**Lodestar and Costs for Greg Coleman Law PC**
(Inception through July 17, 2014)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Gregory Coleman | 1,734.6 | $675.00 | $1,170,855 |
| Mark Silvey | 623.3 | $450.00 | $280,485 |
| Jaime Dailey | 232.4 | $300.00 | $69,720 |
| Dawn Holt | 473.2 | $200.00 | $94,640 |
|  |  |  |  |
| Total Hours | 3,063.5 | **Total Lodestar** | **$1,615,700** |

**Summary Expenses**
(Inception through July 17, 2014)

| Litigation Fund Contributions | $169,342.28 |
|---|---|
| Additional Expenses | $25, 950.23 |
|  |  |
| **Total Expenses** | **$195,292.51** |

## *Roberts, et al. v. Electrolux Home Products, Inc.*
No. SACV12-1644-CAS (VBKx)

**Lodestar and Costs for Kreindler & Kreindler LLP**
(Inception through July 21, 2014)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Gretchen Nelson | 120.85 | $700.00 | $84,595.00 |
| Gabriel Barenfeld | 10.75 | $450.00 | $4,837.50 |
| Jacob Mensch | 4 | $250.00 | $1,000.00 |
| | | | |
| Total Hours | 135.6 | **Total Lodestar** | $90,432.50 |

**Summary Expenses**
(Inception through July 21, 2014)

| Litigation Fund Contributions | $0 |
|---|---|
| Additional Expenses | $5,694.61 |
| | |
| **Total Expenses** | **$5,694.61** |

## *Roberts, et al. v. Electrolux Home Products, Inc.*
No. SACV12-1644-CAS (VBKx)

**Lodestar and Costs for Squitieri & Fearon, LLP**
(Inception through July 21, 2014)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Stephen J. Fearon, Jr. | 25.0 | $675.00 | $16,875.00 |
| Caitlin Duffy | 67.6 | $400.00 | $27,040.00 |
| Cathy McNally | 12.5 | $225.00 | $ 2,812.50 |
|  |  |  |  |
| Total Hours | 105.1 | **Total Lodestar** | **$46,727.50** |

**Summary Expenses**
(Inception through July 21, 2014)

| | |
|---|---|
| Litigation Fund Contributions | $0 |
| Additional Expenses | $745.84 |
| | |
| **Total Expenses** | **$745.84** |

## *Roberts, et al. v. Electrolux Home Products, Inc.*
No. SACV12-1644-CAS (VBKx)

**Lodestar and Costs for Carney Bates & Pulliam, PLLC**
(Inception through July 21, 2014)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Randall K. Pulliam (Partner) | 56.75 | $640 | $35,880 |
| Rebecca Kaufman (Associate) | .60 | $300 | $180 |
| Jeanne Gray (Paralegal) | .75 | $200 | $150 |
| Maria Sventek (Paralegal) | 1.0 | $200 | $200 |
| | | | |
| Total Hours | 59.10 | **Total Lodestar** | **$36,410.00** |

**Summary Expenses**
(Inception through July 21, 2014)

| | |
|---|---|
| Litigation Fund Contributions | $0 |
| Additional Expenses | $1,295.15 |
| | |
| **Total Expenses** | **$1,295.15** |