EDWARD A. WALLACE (*pro hac vice*)
AMY E. KELLER (*pro hac vice*)
DAWN M. GOULET (*pro hac vice*)
**WEXLER  WALLACE LLP**
eaw@wexlerwallace.com
aek@wexlerwallace.com
dmg@wexlerwallace.com
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

(*Additional Counsel Appear
on Signature Page*)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SHAWN ROBERTS, et al.;<br><br>                              Plaintiffs,<br><br>          vs.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>                              Defendants. | Master File No. SACV12-1644-CAS(VBKx)<br><br>CLASS ACTION<br><br>**DECLARATION OF AMY E. KELLER**<br><br>Action Filed: September 27, 2012<br><br>The Honorable Christina A. Snyder<br><br>Date: August 18, 2014<br>Time: 10:00 a.m.<br>Courtroom: 5—2nd Floor |
| This Document Relates To: All Actions. | |

Pursuant to 28 U.S.C. § 1746, I, Amy E. Keller, declare as follows:

1.      I am a member in good standing of the State Bar of Illinois and an associate at Wexler Wallace LLP.  I am admitted to practice *pro hac vice* in this matter.  I make this declaration based on personal knowledge.  If called upon to do so, I could and would testify competently to the truth of the matters stated herein.

2.      After this Court granted Preliminary Approval of the Settlement on May 5, 2014, Class Counsel received objections from the following individuals:

- Jerry E. Atkins;
- Adrian S. Briggs;
- Patricia Brunner;
- Nadeen Olson;
- Joan Macauley;
- John and Aubrina Cunningham;
- Matt Olesh;
- Ronald Mondary;
- Daniel Hall, represented by Christopher Bandas and Timothy R. Hanigan (ECF No. 155);
- Kristina K. Newman, represented by Steve A. Miller, John C. Cress, and Jonathan E. Fortman (ECF No. 154);
- Joyce Miller, represented by Steve A. Miller, John C. Cress, and Jonathan E. Fortman (ECF No. 154); and
- Patrick Sweeney, represented by Joesph Darrell Palmer (ECF No. 160).

3.      The objections of those individuals not represented by counsel are attached hereto as Composite Exhibit A.

DECLARATION OF AMY E. KELLER
MASTER FILE NO. SACV12-1644-CAS(VBKx)

4.      After receiving the objections, I attempted to call those individuals not represented by counsel to address any concerns or questions they had concerning the proposed Settlement.

5.      I spoke with each of the unrepresented individuals—except for one—Nadeen Olson.  I was informed upon calling her home that she recently passed away, although I have been unable to confirm this through a public records search.

6.      After speaking with the unrepresented objectors, I was informed by many of them that their concerns were addressed, and that they would be withdrawing their objections.  Those individuals are:

i      Adrian S. Briggs;

i      Patricia Brunner;

i      Joan Macauley;

i      John and Aubrina Cunningham; and

i      Matt Olesh.

7.      One objector—Jerry E. Atkins—informed me that he was considering withdrawing his objection.  Another objector—Ronald Mondary—informed me that he would not be withdrawing his objection, because, due to a previous robbery at his home by a delivery person, he has a deep mistrust of Electrolux, and therefore believes he would be charged for the safety cleaning service provided pursuant to the Settlement free-of-charge to qualifying Class Members.

8.      Class Counsel will continue to update the Court concerning the status of any filed objections.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed this 11th day of August 2014 in Chicago, Illinois.

/s/ Amy E. Keller
Amy E. Keller

DECLARATION OF AMY E. KELLER
MASTER FILE NO. SACV12-1644-CAS(VBKx)

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 11, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Amy E. Keller
Amy E. Keller

DECLARATION OF AMY E. KELLER
MASTER FILE NO. SACV12-1644-CAS(VBKx)