# Composite

# Exhibit B

*Roberts, et al. v. Electrolux Home Products, Inc.*

No. SACV12-1644-CAS(VBKx)

PLAINTIFFS' AND CLASS COUNSEL'S RESPONSE TO PATRICK SWEENEY'S OBJECTIONS TO THE CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES, AND NOTICE OF INTENTION TO APPEAR AT THE FAIRNESS HEARING AND MOTION FOR SANCTIONS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | **MDL NO. 2179** **SECTION: J** |
| This filing applies to: | * * | |
| *Plaisance, et al v. BP,* No.12-968 | * * | **HONORABLE CARL J. BARBIER** |
| *Bon Secour, et al v. BP,* No.12-970 | * * * * | **MAGISTRATE JUDGE SHUSHAN** |

## MOTION FOR LEAVE TO SUPPLEMENT
## CLASS COUNSEL'S SUBMISSION ON REMAND OF MEDICAL SETTLEMENT
## (AND INCORPORATED MOTION FOR SANCTIONS)

**NOW INTO COURT,** through Co-Lead Class Counsel, come the Medical Benefits Class and the Economic & Property Damages Settlement Class, and respectfully seek leave to supplement the SUBMISSION OF CLASS COUNSEL ON REMAND OF MEDICAL SETTLEMENT (WITH INCORPORATED MOTION TO STRIKE, MOTION TO DISMISS, AND MOTION FOR SANCTIONS) [Rec. Doc. 11869] with the following two additional exhibits:

    a.    APPELLANTS-OBJECTORS' JOINT MOTION TO DISMISS APPEAL, in No.13-30221[1]

    b.    APPELLANTS-OBJECTORS' JOINT MOTION TO DISMISS APPEAL, in No.13-30095[2]

These pleadings, filed by Ms. Forsyth and Mr. & Mrs. Sturdivant on November 22, 2013, confirm that Mr. Palmer and Mr. Frank advanced purported "objections" and appeals to the Medical Benefits Settlement and the Economic & Property Damages Settlement without the knowledge, direction, authority and/or consent of their clients.

---

[1] U.S. Fifth Cir. Doc. 00512451347.

[2] U.S. Fifth Cir. Doc. 00512451341.

**WHEREFORE** Plaintiffs respectfully pray for leave to supplement their previous Submission of November 19, 2013.

This 26th day of November, 2013.

Respectfully submitted,

   /s/  Stephen J. Herman                       /s/ James Parkerson Roy
**Stephen J. Herman**, La. Bar No. 23129         **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN & KATZ LLC**             **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
820 O'Keefe Avenue                        556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113              Lafayette, Louisiana 70501
Telephone: (504) 581-4892                 Telephone: (337) 233-3033
Fax No. (504) 569-6024                     Fax No. (337) 233-2796
E-Mail: sherman@hhklawfirm.com          E-Mail: jimr@wrightroy.com
*Co-Lead Class Counsel*                       *Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of November, 2013.

                              /s/ Stephen J. Herman and James Parkerson Roy

# In The United States Court Of Appeals
# For The Fifth Circuit

---

## No. 13-30221

## IN RE: DEEPWATER HORIZON - APPEALS OF THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT

**Appeal from the United States District Court
for the Eastern District of Louisiana
C.A. No. 2:10-md-2179**

---

## APPELLANT-OBJECTORS, MICHAEL STURDIVANT, PATRICIA STURDIVANT, and SUSAN FORSYTH's FRAP 42(b) JOINT MOTION TO DISMISS APPEAL

---

**RONNIE G. PENTON (#10462)**
**THE PENTON LAW FIRM**
**209 HOPPEN PLACE**
**BOGALUSA, LOUISIANA 70427**
**TELEPHONE : (985) 732-5651**
**TELECOPIER : (985) 735-5579**
**E-MAIL: fedcourtmail@rgplaw.com**

**JAMES M. GARNER (#19589)**
**MARTHA Y. CURTIS (#20446)**
**KEVIN M. McGLONE (#28145)**
**SHER GARNER CAHIL RICHTER**
**KLEIN & HILBERT, LLC**
**909 POYDRAS STREET, SUITE 2800**
**NEW ORLEANS, LOUISIANA 70112**
**TELEPHONE: (504) 299-2102**
**TELECOPIER: (504) 299-2302**
**E-MAIL: jgarner@shergarner.com**

*Counsel for Objectors, Michael Sturdivant,
Patricia Sturdivant, and Susan Forsyth*

November 22, 2013

Case 2:10-md-02179-CJB-SS Document 11895 Filed 11/26/13 Page 42 of 17  Page ID #:3566

# CERTIFICATE OF INTERESTED PERSONS

## No. 13-30221

### *IN RE: DEEPWATER HORIZON - APPEALS OF THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT*

The undersigned counsel of record certifies that the following interested persons and entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**1.     Defendants-Appellees:**

    a.     BP Exploration & Production, Inc.
    b.     BP America Production Company

Attorneys for Defendants-Appellees:

    a.     Andrew B. Bloomer, P .C.
          Timothy A. Duffy, P.C.
          Richard C. Godfrey, P.C.
          James Andrew Langan, P.C.
          Elizabeth A. Larsen
          Steven Andrew Myers
          KIRKLAND & ELLIS LLP
          300 North LaSalle Street
          Chicago, IL 60654
          Telephone: (312) 862~2000
          Fax: (312) 862-2200

    b.     Robert C. Mike Brock
          COVINGTON & BURLING, LLP
          1201 Pennsylvania Avenue, N.W.
          Washington, D.C. 20004-0000
          Telephone: (202) 662-5985
          Fax: (202) 662-6291

c.    Jeffrey Bossert Clark, Sr.
      KIRKLAND & ELLIS LLP
      655 Fifteenth Street, N.W.
      Washington, D.C. 20005
      Telephone: (202) 879-5000
      Fax: (202) 879-5200

d.    James P. Joseph, I
      Ethan Peter Keith Greene
      ARNOLD & PORTER, LLP
      555 12th Street, N.W.
      Washington, D.C. 20004-0000
      Telephone: (202) 942-5000
      Fax: (202) 942-5999

e.    Ellen K. Reisman
      ARNOLD & PORTER, LLP
      44th Floor, 777 S. Figueroa Street
      Los Angeles, CA 90017-5844

f.    Don K. Haycraft
      Liscow & Lewis
      One Shell Square
      701 Poydras Street, Suite 5000
      New Orleans, LA 70139
      Telephone: (504) 581-7979
      Fax: (504) 556-4108

## 2.    Class Plaintiffs - Appellees:

a.    *Plaisance et al.* v. *BP Exploration & Production, Inc. et al.* is brought by eleven class representatives: Kip Plaisance; Jason Perkins; Camille Warren; Christian Pizani; Max Plaisance; Benjamin Judah Barbee; Cornelius Divinity; Janice Brown; Carlton Caster; George Baker; and Duffy Hall.

The class representatives represent the Medical Benefits Class that the District Court certified on January 11, 2013. *See* MDL 2179 Rec. Docs. 8217, 8218. The absent class members together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary."  5th Cir. R. 28.2.1.

**Attorneys for Class Plaintiffs-Appellees**:

a.      Stephen J. Herman
        Soren E. Gisleson
        HERMAN HERMAN & KATZ LLC
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Telephone: (504) 581-4892
        Fax: (504) 561-6024

b.      James Parkerson Roy
        DOMENGEAUX, WRIGHT, Roy & EDWARDS
        556 Jefferson Street, Suite 500
        Lafayette, LA 70501
        Telephone: (337) 233-3033
        Fax: (337) 233-2796

c.      Robin L. Greenwald
        WEITZ & LUXENBERG, P.C.
        700 Broadway
        New York, NY 10003
        Telephone: (212) 558-5500
        Fax: (212) 344-5461

d.      Matthew A. Lundy
        LUNDY, LUNDY, SOILEAU & SOUTH, LLP
        501 Broad Street
        Lake Charles, LA 70601
        Telephone: (337) 513-0292
        Fax: (337) 439-1029

e.      Elizabeth Joan Cabraser
        LIEFF, CABRASER, HEIMANN & BERNSTEIN
        29th Floor, 275 Battery Street
        San Francisco, CA 94111
        Telephone: (415) 956-1000
        Fax: (415) 956-1008

f.      Joseph F. Rice
        MOTLEY RICE LLC
        28 Bridgeside Blvd.
        Mount Pleasant, SC 29464
        Telephone: (843) 216-9159

g.      Conrad S.P. "Duke" Williams
        WILLIAMS LAW GROUP
        435 Corporate Drive, Suite 101
        Maison Grand Caillou
        Houma, LA 70360
        Telephone: (985) 876-7595

h.      Brian H. Barr
        LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECRSNER
        & PROCTOR, PA
        316 South Baylen St., Suite 600
        Pensacola, FL 32502-5996
        Telephone: (850) 435-7045

i.      Jeffrey A. Breit
        BREIT DRESCHER IMPREVENTO & WALKER, P .C.
        999 Waterside Drive, Suite 1000
        Norfolk, VA 23510
        Telephone: (757) 670-3888

j.      Rhon E. Jones
        BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES,
        P.C.
        218 Commerce St., PO Box 4160
        Montgomery, AL 36104
        Telephone: (334) 269-2343

k.   Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Telephone: (504) 394-9000

l.   Michael C. Palmintier
DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE
618 Main Street
Baton Rouge, LA 70801-1910
Telephone: (225) 344-3735

m.   Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, PO Box 66705
Mobile, AL 36660
Telephone: (251) 471-6191

n.   Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Telephone: (504) 588-1500

o.   Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Telephone: (601) 949-3388

p.   Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605

q.   Calvin C. Fayard, Jr.
     FAYARD & HONEYCUTT
     519 Florida Avenue, SW
     Denham Springs, LA 70726
     Telephone: (225) 664-4193

r.   Ervin A. Gonzalez
     COLSON HICKS EIDSON
     255 Alhambra Circle, Penthouse
     Coral Gables, FL 33134
     Telephone: (305) 476-7400

s.   Samuel Issacharoff
     NEW YORK UNIVERSITY SCHOOL OF LA W
     Suite 4111, 40 Washington Square, S.
     New York, NY 10012
     Telephone: (212) 998-6580
     Fax: (212) 995-4590

**3.    Objector-Appellant Stemming From Notice of Appeal
        Appearing at MDL 2179, Rec. Doc. 8271:**

a.   James H. Kirby IV

**Attorneys for Objector-Appellant:**

a.   Joseph Darrell Palmer
     LAW OFFICES OF JOSEPH PALMER PC
     603 North Highway 101, Suite A
     Solana Beach, CA 92075
     Telephone: (858) 792-5600
     Fax: (866) 583-8115

b.   Theodore  Harold Frank
     1718 M Street NW, No. 334
     Washington, DC  20036
     Telephone:  (703) 203-3848

4.      **Objectors-Apellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8271:**

    a.      Mike Sturdivant
    b.      Patricia Sturdivant
    c.      Susan Forsyth

**Attorney for Objectors/Appellants:**

    a.      **Current Attorneys of Record:**
        Ronnie G. Penton
        THE PENTON LAW FIRM
        209 Hoppen Place
        Bogalusa, Louisiana  70427
        Telephone:  (985) 732-5651
        Fax:  (985) 735-5579

    b.      James  M. Garner
        Martha Y. Curtis
        Kevin M. McGlone
        Sher Garner Cahil Richter Klein & Hilbert, LLC
        909 Poydras Street, Suite 2800
        New Orleans, LA  70112-1033
        Telephone:  (504) 299-2102
        Fax:  (504) 299-2302

    c.      **Former Attorneys of Record:**
        Joseph Darrell Palmer
        LAW OFFICES OF DARRELL PALMER PC
        603 N. Highway 101, Suite A
        Solana Beach, CA 92075
        Telephone: (858) 792-5600
        Fax: (866) 583-8115

    d.      Theodore  Harold Frank
        1718 M Street NW, No. 334
        Washington, DC  20036
        Telephone:  (703) 203-3848

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :       (985) 732-5651
FAX           :       (985) 735-5579
E-MAIL      :       fedcourtmail@rgplaw.com

JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. McGONE (#28145)
SHER GARNER CAHIL RICHTER KLEIN &
HILBERT, LLLC
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LOUISIANA  70112-1033
PHONE       :       (504) 299-2102
FAX           :       (504) 299-2302
E-Mail        :       jgarner@shergarner.com


     /s/ Ronnie Glynn Penton
by: Ronnie Glynn Penton (#10462)
Counsel for Objectors/Appellants
Michael Sturdivant, Patricia Sturdivant, and
Susan Forsyth

Case 2:10-md-02179-CJB-SS Document 11895 Filed 11/26/13 Page 40 of 17 Page ID #:3574

## Fed. R. App. P. 42(b) JOINT MOTION TO DISMISS APPEAL

NOW COME Objector/Appellants Michael Sturdivant, Patricia Sturdivant and Susan Forsyth, (collectively or individually "Appellants"), who, pursuant to Fed. R. App. P. 42(b), jointly file this Motion to Voluntarily Dismiss Appeal ("Motion").

Fed. R. App. P. 42(b) mandates that: "[t]he circuit clerk may dismiss a docketed appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due. But no mandate or other process may issue without a court order. An appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court".   Further, 5th Cir. R. 42.1 states that: "[i]n all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review proceeding, the clerk will enter an order of dismissal and issue a copy of the order as the mandate".   Further, 5th Cir. R. 42.1 states that: "[i]n all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review proceeding, the clerk will enter an order of dismissal and issue a copy of the order as the mandate".

In conformity with 5th Cir. R. 27.4, the Appellants inform the Court that the Medical Benefits Settlement Class attorneys, Messrs. Roy and

Herman, have consented to this Motion.  Further, counsel for the BP
defendant/appellees, Messrs. Godfrey and Olson, have been emailed, with
follow-up telephone calls to their respective offices, seeking the BP
defendants' position, and the undersigned counsel Ronnie G. Penton has
been advised by Mr. Olson's office that the BP defendants reserve the right
to consent or object pending review of Appellants' Motion.  As such, it is
respectfully submitted that the Clerk of Court should enter an order of
dismissal, for the reasons set forth below.

Pursuant to Fed. R. App. P. 42(b), this Court has "broad discretion to
grant voluntary motions to dismiss."  *Noatex Corp. v. King Const. of
Houston, L.L.C.*, 732 F.3d 479 (5th Cir. 2013); *Am. Automobile Mfg'rs Ass'n
v. Comm'r Mass. Dep't Env. Protection,* 31 F.3d 18, 22 (1st Cir.1994). "Such
motions are generally granted, but may be denied in the interest of justice or
fairness."  *Id.*  Appellants respectfully submit that the interests of fairness
and justice will be better served if this Motion is granted, for the reasons set
forth below.

As this Panel may recall, Appellants, along with James Kirby,
objected to both the Medical Class Settlement and the Economic Class

Settlement[1], at the fairness hearing conducted by Judge Barbier in the underlying MDL litigation (10-md-2179), on November 8, 2012. Appellants filed a Notice of Appeal in the District Court on January 17, 2013. [10-md-2179 Doc. # 8271]. Additionally, three other objectors (Abreu, Aparecio and Arrellano) (collectively and/or individually "Other Objectors") also objected to the Medical Class Settlement and filed a Notice of Appeal in the underlying MDL. [10-md-2179 Doc. # 8218]. The three Other Objectors subsequently filed a joint motion to dismiss their appeal, on June 22, 2013. [See U.S. Fifth Cir. Doc. No. 00512284014]. That motion was granted by the Clerk of Court on June 25, 2013. [See U.S. Fifth Cir. Doc. No. 005122285910]. As such, other than Mr. Kirby, Appellants are the only objectors to the Medical Class Settlement, and the only appellants in this appeal (13-30221). Appellants were originally represented in both appeals (13-30095 and 13-30221) and in the MDL (10-md-2179) by Joseph Darrell Palmer and Theodore Harold Frank (collectively and/or individually "Prior Counsel").

As directly communicated to the undersigned Ronnie G. Penton by Appellants, Appellants terminated any representation by their Prior Counsel upon learning of Prior Counsel's unauthorized and unapproved actions and

---

[1] Appellants will be filing a virtually-identical Motion to Dismiss their appeal in the Economic Class Settlement appeal proceeding bearing U.S. Fifth Circuit Docket Number 13-30095.

conduct taken during the course of their former representation of the Appellants in all of these related proceedings (10-md-2179, 13-30095 and 13-30221) ("Related Proceedings"). As directly communicated to the undersigned Ronnie G. Penton by Appellants, Prior Counsel failed to: 1) inform the Appellants of most, if not all, significant developments and actions taken by Prior Counsel, ostensibly on their behalf, in both the District Court and in this Court; 2) inform Appellants of the imposition of an appeal bond, and the related need for the posting of an appellate bond; 3) provide Appellants with copies of the various pleadings and representations filed and made by Prior Counsel, again ostensibly on their behalf; 4) apprise Appellants of multiple factual inaccuracies contained in written and verbal submissions of counsel to the various courts; and 5) obtain Appellants' written consent to both the representation and the posting of an appellate bond.  In fact, again based on direct conversations with the Appellants, the undersigned Ronnie G. Penton learned that Appellants were not even aware of the vast majority of relevant issues, nor actions taken by Prior Counsel, ostensibly on their behalf but ultimately to their detriment and utmost chagrin, until Appellants presented for their respective depositions on October 28 and 29, 2013[2].

---

[2]         Appellants are attempting to obtain transcripts of their depositions from Prior Counsel, but to date

Mr. Palmer's questionable conduct, in particular, has been exhaustively chronicled by a number of pleadings filed by Appellees and/or Class Counsel, in the Related Proceedings. By way of example, and unbeknownst to Appellants, Mr. Palmer made inaccurate representations to the District Court regarding Appellants' economic class claims [10-md-2179 Rec. Doc. 11623, including Transcript of November 8, 2012 Fairness Hearing at p. 227], and in pleadings to this Court. [See U.S. Fifth Cir. Doc. Nos. 00512334990, 00512351532 with exhibits, 00512371179, 00512391335, 00512371183]. Moreover, as detailed in Class Counsel's recent submission to the District Court on November 19, 2013, [10-md-2179, Rec. Doc. 11869, which is incorporated herein *in globo* and *in extenso*], at deposition, Appellants truthfully responded to questions from Class Counsel (when allowed to answer by Mr. Palmer), and those responses negated or otherwise contradicted many of the Prior Counsel's representations and statements, as do Appellants' recent submissions to this Court, and in the district court. [See U.S. Fifth Cir. Doc. No. 00512438725, esp. pp. 20, 28, 36 and 42; 10-md-2179 Doc. 11869, esp. pp. 15-24].

Appellants now realize, much to their extreme chagrin, Prior Counsel's machinations and subterfuge, of which they were unaware and do

have been unsuccessful.

not countenance, and Appellants certainly wish to take remedial measures to rectify matters, now that they have gained a sufficient understanding of Prior Counsel's conduct.  This Motion is made in good faith, based on Appellants' current and newfound awareness of all attendant circumstances.  This Motion is not made to evade appellate determination or to frustrate any court order.  Moreover, there is neither injury nor the suggestion of prejudice to BP, or any other, Appellees or Appellants.  As such, Appellants seek the voluntary dismissal of their appeals,[3] with a concomitant withdrawal of any and all objections lodged on their behalf in the District Court, as well as a release from any personal liability under the appeal bond or for sanctions, due to the undeniably improper, undisclosed and unknown actions of Prior Counsel.

---

[3]  As mentioned, Appellants are also filing a "companion" FRAP 42 motion in 13-30095, seeking dismissal of their appeal regarding previous objections to the Economic Benefit Class Settlement.

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE     :     (985) 732-5651
FAX     :     (985) 735-5579
E-MAIL     :     fedcourtmail@rgplaw.com

JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. McGONE (#28145)
SHER GARNER CAHIL RICHTER KLEIN &
HILBERT, LLLC
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LOUISIANA  70112-1033
PHONE     :     (504) 299-2102
FAX     :     (504) 299-2302
E-Mail     :     jgarner@shergarner.com


   /s/ Ronnie Glynn Penton
by: Ronnie Glynn Penton (#10462)
Counsel for Objectors/Appellants
Michael Sturdivant, Patricia Sturdivant, and
Susan Forsyth

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing FRAP 42(b) Motion To Dismiss was filed electronically on November 22, 2013, and will be served electronically on all counsel through the Clerk's Notice of Docketing Activity.  Undersigned will also serve the Motion on All Counsel via Lexis-Nexis File & Serve pursuant to MDL Pre-Trial Order No. 12.

_____/s/ Ronnie Glynn Penton_____
Ronnie Glynn Penton (#10462)

# United States Court of Appeals
# for the Fifth Circuit

---

### No. 12-31155

**LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED;
BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN
REALTY, INCORPORATED; LFBP 1, L.L.C., DOING BUSINESS AS
GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE,
L.L.C. ZEKE'S CHARTER FLEET, L.L.C.; WILLIAM SELLERS;
KATHLEEN IRWIN ; RONALD LUNDY; CORLISS GALLOW;
JOHN TESVICH; MICHAEL GUIDRY, ON BEHALF OF
THEMSELVES AND ALL OTHER SIMILARLY SITUATED;
HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,**
                                    **Plaintiffs-Appellees**

v.

**BP EXPLORATION & PRODUCTION, INCORPORATED; BP
AMERICA PRODUCTION COMPANY; BP PIPE LINE COMPANY,**
                                    **Defendants-Appellees**

v.

**GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE,
INCORPORATED**
                                    **Movant-Appellant**

---

### No. 13-30095

### IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
### IN THE GULF OF MEXICO, ON APRIL 20, 2010

---

**On Appeal from the United States District Court for the
Eastern District of Louisiana: C.A. Nos. 2:10-md-2179-CJB-SS;
2:12-cv-968-CJB-SS; and 2:12-cv-970-CJB-SS**

---

**APPELLANT-OBJECTORS, MICHAEL STURDIVANT, PATRICIA STURDIVANT, and SUSAN FORSYTH's FRAP 42(b) JOINT MOTION TO DISMISS APPEAL**

RONNIE G. PENTON (#10462)
THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
TELEPHONE :  (985) 732-5651
TELECOPIER :  (985) 735-5579
E-MAIL:  fedcourtmail@rgplaw.com

JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. McGLONE (#28145)
SHER GARNER CAHIL RICHTER
KLEIN & HILBERT, LLC
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 299-2102
TELECOPIER: (504) 299-2302
E-MAIL: jgarner@shergarner.com

November 22, 2013

## CERTIFICATE OF INTERESTED PERSONS

### No. 12-31155

**LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., DOING BUSINESS AS GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKE'S CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,**

**Plaintiffs-Appellees**

**v.**

**BP EXPLORATION & PRODUCTION, INCORPORATE; BP AMERICA PRODUCTIONM COMPANY; BP PIPE LINE COMPANY**

**Defendants-Appellees**

**v.**

**GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE, INCORPORATED**

**Movant-Appellant**

*v.*

---

### NO. 13-30095
### IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

---

The undersigned counsel of record certifies that the following interested persons and entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**1.    Defendants-Appellees:**

    a.    BP Exploration & Production Inc.

    b.    BP America Production Company

    c.    BP P.L.C. (The underlying *Bon Secour* and *Plaisance* actions named as defendants BP Exploration & Production Inc., BP America Production Company, and BP P.L.C. Although the Clerk has included "BP Pipe Line Company" in the caption of No. 12-31155, no such entity is a party to this appeal. The assumption may have been made that P.L.C. stands for "Pipe Line Company" but in this case it stands for "public limited company."

**Attorneys for Defendants-Appellees:**

    a.    Richard C. Godfrey, P.C.
        J. Andrew Langan, P.C.
        Wendy L. Bloom
        KIRKLAND & ELLIS LLP
        300 North LaSalle Street
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Fax: (312) 862-2200

    b.    Jeffrey Lennard
        SNR DENTON US LLP
        233 South Wacker Drive
        Suite 7800
        Chicago, IL 60606
        Telephone: (312) 876-8000
        Fax: (312) 876-7934

Case 2:10-md-02179-CJB-SS  Document 11895-2  Filed 11/14/2013  Page 25 of 41  Page ID #:3586

      c.      Jeffrey Bossert Clark
                Steven A. Myers
                KIRKLAND & ELLIS LLP
                655 Fifteenth Street, N.W.
                Washington, DC 20005
                Telephone: (202) 879-5000
                Fax: (202) 879-5200

      d.      Don K. Haycraft
                LISKOW & LEWIS
                One Shell Square
                701 Poydras Street, Suite 5000
                New Orleans, LA 70139
                Telephone: (504) 581-7979
                Fax: (504) 556-4108

**2.**    **Class Plaintiffs - Appellees:**

      a.      The *Bon Secour* action is brought by fifteen class representatives: Bon Secour Fisheries, Inc.; Fort Morgan Realty, Inc.; LFBP # 1, LLC d/b/a GW FINS; Panama City Beach Dolphin Tours & More, LLC; Zeke's Charter Fleet, LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo; Lake Eugenie Land & Development, Inc.; Henry Hutto; Brad Friloux; Jerry J. Kee; John Tesvich; and Michael Guidry.

                The class representatives represent the Economic and Property Damages Class that the District Court certified, for settlement purposes only, on December 21, 2012. *See* MDL 2179 Rec. Docs. 8138, 8139. The absent class members together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1.

b.      The *Plaisance* action is brought by eleven class representatives: Kip Plaisance; Jason Perkins; Camille Warren; Christian Pizani; Max Plaisance; Benjamin Judah Barbee; Cornelius Divinity; Janice Brown; Carlton Caster; George Baker; and Duffy Hall.

The class representatives represent the Medical Benefits Class that the District Court certified, for settlement purposes only, on January 11, 2013. *See* MDL 2179 Rec. Docs. 8217, 8218. The absent class members together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1.

## Attorneys for Class Plaintiffs - Appellees:

a.      Stephen Jay Herman
        Soren E. Gisleson
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Telephone: (504) 581-4892
        Fax: (504) 561-6024

b.      James Parkerson Roy
        DOMENGEAUX, WRIGHT, ROY & EDWARDS
        Suite 500, 556 Jefferson Street
        Lafayette, LA 70501
        Telephone: (337) 233-3033
        Fax: (337) 233-2796

c.      Elizabeth Joan Cabraser
        LIEFF, CABRASER, HEIMANN & BERNSTEIN
        29th Floor, 275 Battery Street
        San Francisco, CA 94111
        Telephone: (415) 956-1000
        Fax: (415) 956-1008

    d.    Samuel Issacharoff
          NEW YORK UNIVERSITY SCHOOL OF LAW
          Suite 411J, 40 Washington Square, S.
          New York, NY 10012
          Telephone: (212) 998-6580
          Fax: (212) 995-4590

**3.    Movant - Appellant, No. 12-31155:**

    a.    Gulf Organized Fisheries in Solidarity & Hope, Inc.

**Attorneys for Movant-Appellant:**

    a.    Clay Garside
          WALTZER & WIYGUL LAW FIRM
          14399 Chef Menteur Highway, Suite D
          New Orleans, LA 70129
          Telephone (504) 254-4400
          Fax: (504) 254-1112

    b.    Joel R. Waltzer
          WALTZER & WIYGUL LAW FIRM
          3715 Westbank Expressway
          Harvey, LA 70058
          Telephone: (504) 340-6300
          Fax: (504) 340-6330

4. **Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8271:**

    a.    James H. Kirby III

**Attorneys for Objector-Appellant:**

    a.    Joseph Darrell Palmer
            LAW OFFICES OF DARRELL PALMER PC
            603 N. Highway 101, Suite A
            Solana Beach, CA 92075
            Telephone: (858) 792-5600
            Fax: (866) 583-8115

    b.    Theodore Harold Frank
            1718 M Street NW, No. 334
            Washington, DC 20036
            Telephone: (703) 203-3848

5. **Objectors-Apellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8271:**

    a.    Mike Sturdivant
    b.    Patricia Sturdivant
    c.    Susan Forsyth

**Attorney for Objectors/Appellants:**

    a.    **Current Attorneys of Record:**
            Ronnie G. Penton
            THE PENTON LAW FIRM
            209 Hoppen Place
            Bogalusa, Louisiana 70427
            Telephone: (985) 732-5651
            Fax: (985) 735-5579

Case 2:10-md-02179-CJB-SS Document 11895 Filed 08/14/20 Page 29 of 41 Page ID #:3590

b.      James M. Garner
        Martha Y. Curtis
        Kevin M. McGlone
        Sher Garner Cahil Richter Klein & Hilbert, LLC
        909 Poydras Street, Suite 2800
        New Orleans, LA 70112-1033
        Telephone: (504) 299-2102
        Fax: (504) 299-2302

c.      **Former Attorneys of Record:**
        Joseph Darrell Palmer
        LAW OFFICES OF DARRELL PALMER PC
        603 N. Highway 101, Suite A
        Solana Beach, CA 92075
        Telephone: (858) 792-5600
        Fax: (866) 583-8115

d.      Theodore Harold Frank
        1718 M Street NW, No. 334
        Washington, DC 20036
        Telephone: (703) 203-3848


**6.      Objectors-Apellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8264:**

a.      Cobb Real Estate, Inc.
b.      G&A Cobb Family Ltd. Partnership
c.      L&M Investments, Ltd.
d.      MAD, Ltd.
e.      Mex-Co., Ltd.
f.      Robert C. Mistrot and Missroe, LLC

Case 2:10-md-02179-CJB-SS Document 11895-2 Filed 11/14/27 Page 40 of 21 Page ID #:3591

**Attorney for Objectors-Appellants:**

   a.    Stuart C. Yoes
          THE YOES LAW FIRM, L.L.P.
          3535 Calder Avenue, Suite 235
          Post Office Drawer 7584
          Beaumont, Texas 77726-7584
          Telephone: (409) 833-2352
          Fax: (409) 838-5577

**7.**     **Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8349:**

   a.    The purported objectors together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1. A complete list of the purported objectors represented by Brent Coon & Associates appears at MDL 2179 Rec. Doc. 8292 Ex. 1.

**Attorney for Objectors-Appellants:**

   a.    Brent W. Coon
          BRENT COON & ASSOCIATES
          215 Orleans
          Beaumont, Texas 77701
          Telephone: (409) 835-2666
          Fax: (409) 835-1912

**8.**     **Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8304:**

   a.    The purported objectors together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1. A complete list of the purported objectors represented by Farrell & Patel appears at MDL 2179 Rec. Doc. 8304 Ex. A.

**Attorney for Objectors-Appellants:**

a.    Wesley J. Farrell
      Terry A. C. Gray
      FARRELL & PATEL, ATTORNEYS AT LAW
      The Four Seasons Tower
      1425 Brickell Avenue, Suite 58C
      Miami, FL 33131
      Telephone: (305) 798-4177
      Fax: (800) 946-6711

b.    Sarah E. Spigener
      FARRELL & PATEL, ATTORNEYS AT LAW
      1515 Poydras Street, Suite 1400
      New Orleans, LA 70112
      Telephone: (504) 233-8585
      Fax: (504) 264-5953

9.    **Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8308:**

a.    Troy D. Morain
b.    Stan P. Baudin

**Attorney for Objectors-Appellants:**

a.    Stan P. Baudin
      PENDLEY, BAUDIN & COFFIN, L.L.P.
      Plaquemine, LA 70764
      Telephone: (225) 687 -6396
      Fax: (225) 687-6398

10.    **Objectors-Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8309:**

    a.    Gulf Organized Fisheries in Solidarity & Hope, Inc.
    b.    Donald Dardar
    c.    Thien Nguyen

**Attorney for Objectors-Appellants:**

    a.    Joel Waltzer
        WALTZER & WIYGUL LAW FIRM
        3715 Westbank Expwy, Suite 13
        Harvey, LA 70058
        Telephone: (504) 340-6300
        Fax: (504) 340-6330

    b.    Robert Wiygul
        WALTZER & WIYGUL LAW FIRM
        1011 Iberville Drive
        Ocean Springs, MS 39564
        Telephone: (228) 872-1125
        Fax: (228) 872-1128

    c.    Clay Garside
        WALTZER & WIYGUL LAW FIRM
        14399 Chef Menteur Highway, Suite D
        New Orleans, LA 70129
        Telephone: (504) 254-4400
        Fax: (504) 254-1112

**11.    Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8312:**

    a.    Allpar Custom Homes
    b.    Sea Tex Marine Service, Inc.
    c.    Ancelet's Marina, L.L.C.
    d.    J.G. Cobb Construction, Ltd.
    e.    Ships Wheel

**Attorney for Objectors-Appellants:**

    a.    Kevin W. Grillo
            PENA & GRILLO, PLLC
            1240 3rd Street
            Corpus Christi, TX 78404
            Telephone: (361) 356-1882
            Fax: (361) 356-1083

**12.    Objectors-Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8354:**

    a.    Daniel J. Levitan, *pro* se
            *clo* Santa Rosa Correctional Institute - Annex
            DC No. 650607
            5850 East Milton Road
            Milton, Florida 32583-7914

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :       (985) 732-5651
FAX           :       (985) 735-5579
E-MAIL      :       fedcourtmail@rgplaw.com

JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. McGONE (#28145)
SHER GARNER CAHIL RICHTER KLEIN &
HILBERT, LLLC
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LOUISIANA  70112-1033
PHONE       :       (504) 299-2102
FAX           :       (504) 299-2302
E-Mail       :       jgarner@shergarner.com


    /s/ Ronnie Glynn Penton
by: Ronnie Glynn Penton (#10462)
Counsel for Objectors/Appellants
Michael Sturdivant, Patricia Sturdivant, and
Susan Forsyth

14

Case 2:10-md-02179-CJB-SS Document 11895 Filed 11/26/13 Page 45 of 21 Page ID #:3596

## **Fed. R. App. P. 42(b) JOINT MOTION TO DISMISS APPEAL**

NOW COME Objector/Appellants Michael Sturdivant, Patricia Sturdivant and Susan Forsyth, (collectively or individually "Appellants"), who, pursuant to Fed. R. App. P. 42(b), jointly file this Motion to Voluntarily Dismiss Appeal ("Motion").

Fed. R. App. P. 42(b) mandates that: "[t]he circuit clerk may dismiss a docketed appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due. But no mandate or other process may issue without a court order. An appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court". Further, 5th Cir. R. 42.1 states that: "[i]n all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review proceeding, the clerk will enter an order of dismissal and issue a copy of the order as the mandate". Further, 5th Cir. R. 42.1 states that: "[i]n all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review proceeding, the clerk will enter an order of dismissal and issue a copy of the order as the mandate".

In conformity with 5th Cir. R. 27.4, the Appellants inform the Court that the Economic and Property Damages Class attorneys, Messrs. Roy and

Herman, have consented to this Motion. Further, counsel for the BP defendant/appellees, Messrs. Godfrey and Olson, have been emailed, with follow-up telephone calls to their respective offices, seeking the BP defendants' position, and the undersigned Ronnie G. Penton has been advised by Mr. Olson's office that the BP defendants reserve the right to consent or object pending review of Appellants' Motion. As such, it is respectfully submitted that the Clerk of Court should enter an order of dismissal, for the reasons set forth below.

Pursuant to Fed. R. App. P. 42(b), this Court has "broad discretion to grant voluntary motions to dismiss." *Noatex Corp. v. King Const. of Houston, L.L.C.*, 732 F.3d 479 (5th Cir. 2013); *Am. Automobile Mfg'rs Ass'n v. Comm'r Mass. Dep't Env. Protection,* 31 F.3d 18, 22 (1st Cir.1994). "Such motions are generally granted, but may be denied in the interest of justice or fairness." *Id.* Appellants respectfully submit that the interests of fairness and justice will be better served if this Motion is granted, for the reasons set forth below.

As this Panel may recall, Appellants, along with James Kirby, objected to both the Medical Class Settlement and the Economic Class

Settlement[1], at the fairness hearing conducted by Judge Barbier in the underlying MDL litigation (10-md-2179), on November 8, 2012. Appellants filed a Notice of Appeal in the District Court on January 17, 2013. [10-md-2179 Doc. # 8271]. Appellants were originally represented in both appeals (13-30095 and 13-30221) and in the MDL (10-md-2179) by Joseph Darrell Palmer and Theodore Harold Frank (collectively and/or individually "Prior Counsel").

As directly communicated to the undersigned Ronnie G. Penton by Appellants, Appellants terminated any representation by Prior Counsel, upon learning of Prior Counsel's unauthorized and unapproved actions and conduct taken during the course of their former representation of the Appellants in all of these related proceedings (10-md-2179, 13-30095 and 13-30221) ("Related Proceedings"). As directly communicated to the undersigned Ronnie G. Penton by Appellants, Prior Counsel failed to: 1) inform the Appellants of most, if not all, significant developments and actions taken by Prior Counsel, ostensibly on their behalf, in both the District Court and in this Court; 2) inform Appellants of the imposition of an appeal bond, and the related need for the posting of an appellate bond; 3) provide Appellants with copies of the various pleadings and representations

---

[1]        Appellants will be filing a virtually-identical Motion to Dismiss their appeal in the Medical Class Settlement appeal proceeding bearing U.S. Fifth Circuit Docket Number 13-30221.

filed and made by Prior Counsel, again ostensibly on their behalf; 4) apprise Appellants of multiple factual inaccuracies contained in written and verbal submissions of counsel to the various courts; and 5) obtain Appellants' written consent to both the representation and the posting of an appellate bond. In fact, again based on direct conversations with the Appellants, the undersigned Ronnie G. Penton learned that Appellants were not even aware of the vast majority of relevant issues, nor actions taken by Prior Counsel, ostensibly on their behalf but ultimately to their detriment and utmost chagrin, until Appellants presented for their respective depositions on October 28 and 29, 2013[2].

Mr. Palmer's questionable conduct, in particular, has been exhaustively chronicled by a number of pleadings filed by Appellees and/or Class Counsel, in the Related Proceedings. By way of example, and unbeknownst to Appellants, Mr. Palmer made inaccurate representations to the District Court regarding Appellants' economic class claims [10-md-2179 Rec. Doc. 11623, including Transcript of November 8, 2012 Fairness Hearing at p. 227], and in pleadings to this Court. [See U.S. Fifth Cir. Doc. Nos. 00512334990, 00512351532 with exhibits, 00512371179, 00512391335, 00512371183]. Moreover, as detailed in Class Counsel's

---

[2]    Appellants are attempting to obtain transcripts of their depositions from Prior Counsel, but to date have been unsuccessful.

Case 2:10-md-02179-CJB-SS Document 11895-1 Filed 11/26/13 Page 19 of 21 Page ID #:3600

recent submission to the District Court on November 19, 2013, [10-md-2179, Rec. Doc. 11869, which is incorporated herein *in globo* and *in extenso*], at deposition, Appellants truthfully responded to questions from Class Counsel (when allowed to answer by Mr. Palmer), and those responses negated or otherwise contradicted many of the Prior Counsel's representations and statements, as do Appellants' recent submissions to this Court, and in the district court. [See U.S. Fifth Cir. Doc. No. 00512438725, esp. pp. 20, 28, 36 and 42; 10-md-2179 Doc. 11869, esp. pp. 15-24].

Appellants now realize, much to their extreme chagrin, Prior Counsel's machinations and subterfuge, of which they were unaware and do not countenance, and Appellants certainly wish to take remedial measures to rectify matters, now that they have gained a sufficient understanding of Prior Counsel's conduct. This Motion is made in good faith, based on Appellants' current and newfound awareness of all attendant circumstances. This Motion is not made to evade appellate determination or to frustrate any court order. Moreover, there is neither injury nor the suggestion of prejudice to BP, or any other, Appellees or Appellants. As such, Appellants seek the voluntary dismissal of their appeals,[3] with a concomitant withdrawal of any and all objections lodged on their behalf in the District Court, as well as a

---

[3]     As mentioned, Appellants are also filing a "companion" FRAP 42 motion in 13-30221, seeking dismissal of their appeal regarding previous objections to the Medical Class Settlement.

release from any personal liability under the appeal bond or for sanctions, due to the undeniably improper, undisclosed and unknown actions of Prior Counsel.

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE      :        (985) 732-5651
FAX          :        (985) 735-5579
E-MAIL      :        fedcourtmail@rgplaw.com

JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. McGLONE (28145)
SHER GARNER CAHIL RICHTER KLEIN &
HILBERT, LLLC
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LOUISIANA  70112-1033
PHONE      :        (504) 299-2102
FAX          :        (504) 299-2302
E-Mail       :        jgarner@shergarner.com


        /s/ Ronnie Glynn Penton
by: Ronnie Glynn Penton (#10462)
Counsel for Objectors/Appellants
Michael Sturdivant, Patricia Sturdivant, and
Susan Forsyth

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing FRAP 42(b) Motion To Dismiss was filed electronically on November 22, 2013, and will be served electronically on all counsel through the Clerk's Notice of Docketing Activity.  Undersigned will also serve the Motion on All Counsel via Lexis-Nexis File & Serve pursuant to MDL Pre-Trial Order No. 12.

                     /s/ Ronnie Glynn Penton
                  Ronnie Glynn Penton (#10462)