GREGORY F. COLEMAN (*pro hac vice*)
**GREG COLEMAN LAW PC**
greg@gregcolemanlaw.com
Bank of America Center
550 Main Avenue, Suite 600
Knoxville, Tennessee 37902
Telephone: (865) 247-0080
Facsimile:  (865) 522-0049

*(Additional Counsel Appear
on Signature Page)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SHAWN ROBERTS, et al.;<br><br>                    Plaintiffs,<br><br>        vs.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>                    Defendants. | Master File No. SACV12-1644-CAS(VBKx)<br><br>CLASS ACTION<br><br>**STIPULATION OF WITHDRAWAL OF OBJECTION OF DANIEL HALL AND WITHDRAWAL OF SANCTIONS REQUESTED BY PLAINTIFFS**<br><br>Action Filed: September 27, 2012<br><br>The Honorable Christina A. Snyder<br><br>Date: August 18, 2014<br>Time: 10:00 a.m.<br>Courtroom: 5—2nd Floor |
| This Document Relates To: All Actions. | |

Counsel for the Plaintiffs and Counsel for Objector Daniel Hall hereby enter into the following stipulation.  Objector Daniel Hall ("Objector Hall"), by his counsel, is withdrawing the objection filed at Dkt. #155 in its entirety.  This objection is being withdrawn based upon review of the Plaintiffs' response to Daniel Hall's objection and consultation with Plaintiffs' counsel.  No compensation has or shall be paid by the Plaintiffs or Plaintiffs' counsel to Objector Hall or to his counsel for the withdrawal of his objection.

Plaintiffs will not seek sanctions per Rule 11 and 28 U.S.C. § 1927 against counsel for Mr. Hall and respectfully withdraw their request for sanctions.

RESPECTFULLY SUBMITTED,

**GREG COLEMAN LAW PC**
GREGORY F. COLEMAN (*pro hac vice*)
greg@gregcolemanlaw.com
Bank of America Center
550 Main Avenue, Suite 600
Knoxville, Tennessee 37902
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

**WEXLER WALLACE LLP**
EDWARD A. WALLACE (*pro hac vice*)
AMY E. KELLER (*pro hac vice*)
DAWN M. GOULET (*pro hac vice*)
eaw@wexlerwallace.com
aek@wexlerwallace.com
dmg@wexlerwallace.com
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

**HANSEN REYNOLDS DICKINSON CRUEGER LLC**
ERIN DICKINSON (*pro hac vice*)
CHARLES CRUEGER (*pro hac vice*)

TIMOTHY HANIGAN
**LANG, HANIGAN & CARVALHO, LLP**
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Telephone: 818-883-5644

*Attorneys for Objector Daniel Hall*

1

1   edickinson@hrdclaw.com
    ccrueger@hrdclaw.com
2   316 North Milwaukee Street, Suite 200
    Milwaukee, Wisconsin 53202
3   Telephone: (414) 455-7676
    Facsimile: (414) 273-8476
4

5   **KREINDLER & KREINDLER LLP**
    GRETCHEN M. NELSON
6   gnelsen@kreindler.com
7   707 Wilshire Boulevard
    Los Angeles, California 90017
8   Telephone: (213) 622-6469
    Facsimile: (213) 622-6019
9

10  *Attorneys for the Plaintiffs and the*
    *Settlement Class*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION OF WITHDRAWAL OF OBJECTION OF DANIEL HALL
AND WITHDRAWAL OF SANCTIONS REQUESTED BY PLAINTIFFS
MASTER FILE NO. SA VC12-1644-CAS(VBKx)

1

## CERTIFICATE OF SERVICE (CM/ECF)

2

I hereby certify that on August ___16___, 2014, I electronically filed the foregoing
3    with the Clerk of Court using the CM/ECF system which will send notification of such
filing to all counsel of record.
4
5                                                    *Gregory F. Coleman*
6                                        _____
                                         Gregory F. Coleman
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF WITHDRAWAL OF OBJECTION OF DANIEL HALL
AND WITHDRAWAL OF SANCTIONS REQUESTED BY PLAINTIFFS
MASTER FILE NO. SAVC12-1644-CAS(VBKx)