Joseph Darrell Palmer (SBN 125147)
Law Offices of Darrell Palmer
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115
Email:  darrell.palmer@palmerlegalteam.com

Attorney for Objector Patrick S. Sweeney

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SHAWN ROBERTS, et al.;<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>　　　　　Defendants.<br>_____<br><br>This Document Relates To All Actions. | Master File No. 12-CV-1644-CAS (VBKx)<br><br>CLASS ACTION<br><br>**NOTICE OF APPEAL**<br><br><br><br>Judge:  Hon. Christina A. Snyder |

   Notice is hereby given that Patrick S. Sweeney, Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Joint Motion for Final Approval of Class Settlement and Final Judgment, Granting Class Counsel's Application for Attorneys' Fees, Costs, and Incentive Awards and Overruling Objections to Settlement (Docket No. 176) and Final Judgment (Docket No. 179) entered in this action on September 11, 2014 and September 15, 2014, respectively.

1

Dated:   September 16, 2014        By: ____/s/ Joseph Darrell Palmer_____
                                       Joseph Darrell Palmer
                                       Attorney for Objector Patrick S. Sweeney

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.


                        By ___/s/ Joseph Darrell Palmer____
                           Joseph Darrell Palmer