Joseph Darrell Palmer (SBN 125147)
Law Offices of Darrell Palmer
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115
Email:  darrell.palmer@palmerlegalteam.com

Attorney for Objector Patrick S. Sweeney

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SHAWN ROBERTS, et al.;<br><br>                    Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>                    Defendants.<br>——————————————————<br><br>This Document Relates To All Actions. | Master File No. 12-CV-1644-CAS (VBKx)<br><br>CLASS ACTION<br><br>**AMENDED NOTICE OF APPEAL**<br><br><br><br>Judge:  Hon. Christina A. Snyder |

        Notice is hereby given that Patrick S. Sweeney, Objector, hereby amends his September 16, 2014, notice of appeal (Docket. No. 180), currently docketed at the United States Court of Appeals for the Ninth Circuit as Case No. 14-56532.

        In addition to the already pending appeal from the Court's Order Granting Joint Motion for Final Approval of Class Settlement and Final Judgment, Granting Class Counsel's Application for Attorneys' Fees, Costs, and Incentive Awards and Overruling Objections to Settlement (Docket No. 176) and Final Judgment (Docket No. 179) entered in this action on September 11, 2014 and September 15, 2014, respectively, Mr. Sweeney

1

is also appealing from the Court's Amended Order *Nunc Pro Tunc* Granting Joint Motion for Final Approval of Class Settlement and Final Judgment, Granting Class Counsel's Application for Attorneys' Fees, Costs, and Incentive Awards and Overruling Objections to Settlement (Docket No. 187), entered *Nunc Pro Tunc* on September 11, 2014.


Dated:   October 2, 2014                    By: _____/s/ Joseph Darrell Palmer_____
                                                          Joseph Darrell Palmer
                                                          Attorney for Objector Patrick S. Sweeney


## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.


                              By _____/s/ Joseph Darrell Palmer_____
                                       Joseph Darrell Palmer