STEVE A. MILLER (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com
*Additional counsel below.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SHAWN ROBERTS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>Defendants.<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master File No. SACV12-1644-CAS (VBKx)<br><br>**AMENDED NOTICE OF APPEAL** |

  Class member objectors Kristina K. Newman and Joyce Miller hereby amend their September 30, 2014 Notice of Appeal (Doc. 186), which is docketed at the United States Court of Appeals for the Ninth Circuit as Case No. 14-56583

  In addition to class member objectors Newman and Miller's current pending appeal from the Order Granting Joint Motion for Final Approval of Class Settlement and Final Judgment, Granting Class Counsel's Application for Attorney's Fees, Costs, and Incentive Awards and Overruling

Objections to Settlement (Doc. 176) entered September 11, 2014 and Final Judgment (Doc. 179) entered September 15, 2014, class members Newman and Miller further appeal from the Court's Amended Order *Nunc Pro Tunc* Granting Joint Motion for Final Approval of Class Settlement and Final Judgment, Granting Class Counsel's Application for Attorneys' Fees, Costs, and Incentive Awards and Overruling Objections to Settlement (Doc. 187), entered *Nunc Pro Tunc* on September 11, 2014.

/s/ Steve A. Miller
STEVE A. MILLER (CA Bar No. 171815)
STEVE A. MILLER, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (53396MO)
The Kress Law Firm, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
10 Strecker Rd., Suite 1150
Ellisville, MO 63011
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2014, I electronically filed and served the foregoing with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

s/Steve A. Miller